**Defendant: Leo Pelizzo**

**IP:** 24.238.22.207
**ISP:** Hotwire Communications
**Location:** Miami, FL

| Title | Hash | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|---|
| Anneli Dream Girl | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | 12/19/2011 | 01/04/2012 | 01/23/2012 16:17:05 |
| Anneli Leila Menage A Trois | 35813ECED30B923A57A5336F35BE686E3488F409 | 01/13/2012 | 01/17/2012 | 01/23/2012 16:17:48 |
| Angel Seaside Romp | 8258A90B2F23EF73A08BB212463E81C52F467658 | 01/04/2012 | 01/06/2012 | 01/23/2012 16:20:36 |
| Veronika Coming Home | 213B431CD6398B44DD507A042E9223253FEC5462 | 01/25/2012 | 02/03/2012 | 02/06/2012 17:37:42 |
| Like The First Time | 43A0A89F4DB827F203208EA0D475432958B6BF29 | 02/29/2012 | 02/29/2012 | 03/01/2012 22:21:06 |
| Blonde Ambition | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | 03/05/2012 | 03/06/2012 | 03/08/2012 20:27:01 |
| California Dreams | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | 03/12/2012 | 03/12/2012 | 03/28/2012 14:33:07 |
| Breakfast in Bed | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | 04/16/2012 | 04/17/2012 | 04/19/2012 13:37:39 |
| Evening at Home Part #2 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | 04/04/2012 | 04/04/2012 | 04/19/2012 13:39:47 |
| Wild at Heart | 13B89AF447970117973164BC21042E58DFEF5DC4 | 04/08/2012 | 04/09/2012 | 04/19/2012 13:43:54 |
| Lunchtime Fantasy | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | 03/19/2012 | 03/19/2012 | 04/24/2012 14:04:11 |
| One Night Stand | A91CEA091431E6EC81A953896D8C2814EA4330E5 | 05/02/2012 | 05/02/2012 | 05/12/2012 14:56:11 |
| Pretty Back Door Baby | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | 05/08/2012 | 05/10/2012 | 05/12/2012 14:58:23 |

EXHIBIT A

SFL14

| Romantic Memories | 8124B47DA90C6ADDB802F0A113AE263BC5A80547 | 05/16/2012 | 05/16/2012 | 05/17/2012 17:44:30 |

**Total Statutory Copyright Infringements for Defendant Leo Pelizzo:  14**

EXHIBIT A

SFL14