**Defendant: Leo Pelizzo**

**IP:** 24.238.22.207
**ISP:** Hotwire Communications
**Location:** Miami, FL

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:07:07 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:16:19 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:16:32 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:16:44 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:16:53 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:17:02 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:17:13 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:17:23 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:17:32 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:18:08 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:18:23 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 17:18:59 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/03/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 17:20:39 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:22:42 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:22:44 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:22:54 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:23:22 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:23:35 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:24:00 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:24:51 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:26:11 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 06:26:50 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:00:27 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:00:28 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:01:09 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:01:18 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:01:49 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:02:01 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:03:00 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:03:34 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:03:39 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:03:40 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:03:49 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:04:28 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:04:30 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:05:09 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/04/2012 18:05:41 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:51:05 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:52:05 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:52:34 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:54:56 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:55:40 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:59:01 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 20:59:26 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 20:59:31 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/08/2012 21:01:59 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:37:33 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:37:42 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:38:19 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:38:24 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:38:36 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:38:47 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:38:55 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:38:57 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:39:06 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:39:12 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:39:25 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:39:45 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:40:00 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:40:07 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:40:27 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:40:44 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:40:57 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:40:58 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:41:07 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:42:29 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:43:10 |
| 24.238.22.207 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois | 01/19/2012 14:43:14 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:43:26 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/19/2012 14:43:45 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:44:05 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/19/2012 14:44:16 |
| 24.238.22.207 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois | 01/19/2012 15:16:49 |
| 24.238.22.207 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois | 01/19/2012 15:17:00 |
| 24.238.22.207 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A | 01/19/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | Trois | 15:17:52 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:14:06 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:14:57 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:14:59 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:15:28 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:15:33 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:15:49 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:15:50 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:15:58 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:16:08 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:16:18 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:17:05 |
| 24.238.22.207 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl | 01/23/2012 16:17:05 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:17:29 |
| 24.238.22.207 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois | 01/23/2012 16:17:40 |
| 24.238.22.207 | 35813ECED30B923A57A5336F35BE686E3488F409 | Anneli Leila Menage A Trois | 01/23/2012 16:17:48 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:17:49 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:17:59 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:18:08 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:18:18 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:18:38 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:18:57 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:19:00 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:19:08 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:19:19 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:19:28 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:19:30 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:19:39 |
| 24.238.22.207 | 8258A90B2F23EF73A08BB212463E81C52F467658 | Angel Seaside Romp | 01/23/2012 16:20:36 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 17:31:16 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 17:31:30 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 17:32:00 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 17:32:22 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 17:34:40 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 17:35:30 |
| 24.238.22.207 | 213B431CD6398B44DD507A042E9223253FEC5462 | Veronika Coming Home | 02/06/2012 17:37:42 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/01/2012 22:21:06 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 15:10:25 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 15:11:10 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 15:11:32 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 15:14:42 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 15:15:11 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 22:58:41 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 22:58:42 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 22:59:20 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 22:59:21 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 22:59:41 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 23:02:01 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/02/2012 23:02:51 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:26:09 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:26:57 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:39:16 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:41:14 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:41:25 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:41:26 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:43:37 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/03/2012 16:43:47 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:01:43 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:01:54 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:02:03 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:02:53 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:03:22 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 05:03:24 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:03:33 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:04:20 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:04:24 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:04:53 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 05:07:17 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:10:37 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:10:39 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:10:56 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:11:03 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:11:41 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:11:54 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:11:56 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:12:01 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/04/2012 19:12:28 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:37:35 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:37:39 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:37:41 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:38:30 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:39:13 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:39:48 |
| 24.238.22.207 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time | 03/05/2012 16:40:18 |
| 24.238.22.207 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition | 03/08/2012 20:25:26 |
| 24.238.22.207 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition | 03/08/2012 20:26:10 |
| 24.238.22.207 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition | 03/08/2012 20:27:01 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:30:14 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:30:28 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:31:07 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:31:11 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:31:16 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:31:47 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 14:32:17 |
| 24.238.22.207 | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | California Dreams | 03/28/2012 14:33:07 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:33:29 |
| 24.238.22.207 | E6C3C6CA4FE091E478C2CE2C0D16C562157B7A17 | Lunchtime Fantasy | 03/28/2012 14:33:57 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/09/2012 17:51:17 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/09/2012 17:51:29 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/09/2012 18:03:19 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/09/2012 18:03:28 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/09/2012 18:04:08 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/09/2012 18:04:50 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/09/2012 18:04:53 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/09/2012 18:06:42 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/09/2012 18:07:48 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/09/2012 18:10:09 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:25:15 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/10/2012 21:25:34 |

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/10/2012 21:25:40 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:26:21 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/10/2012 21:26:38 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:26:46 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/10/2012 21:26:50 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:26:54 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:28:32 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:30:41 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/10/2012 21:30:52 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 03:31:03 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 03:31:15 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 03:32:18 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 03:33:25 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 03:34:14 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 03:35:43 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 13:59:57 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 14:00:34 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 14:00:44 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 14:00:56 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 14:01:02 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 14:28:29 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 14:28:59 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 14:35:49 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 14:35:55 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 18:32:31 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 18:34:21 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 18:34:22 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 20:02:12 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 20:04:18 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/11/2012 20:05:31 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 20:10:47 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 20:11:00 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/11/2012 20:12:00 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 02:39:27 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 02:39:29 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 02:39:46 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 02:41:42 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 02:41:49 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 02:42:02 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 02:42:43 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 02:44:17 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 02:44:17 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 02:44:22 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 13:38:52 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 13:39:07 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 13:39:44 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 13:40:07 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/12/2012 13:41:12 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 13:43:14 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/12/2012 13:49:25 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:11:06 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:12:58 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:13:07 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:13:19 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/17/2012 20:15:04 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/17/2012 20:15:18 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/17/2012 20:17:32 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/17/2012 20:19:03 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:20:28 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/17/2012 20:22:10 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:22:28 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/17/2012 20:24:27 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/17/2012 20:31:27 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/17/2012 20:31:57 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/17/2012 20:40:50 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:25:00 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:25:04 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:25:06 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:25:35 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:26:32 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:28:36 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:29:07 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:29:25 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:30:23 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:30:37 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:32:42 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:33:27 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 02:34:18 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/18/2012 02:34:20 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:35:16 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:36:03 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:37:42 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:38:28 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/18/2012 02:38:54 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/18/2012 02:43:58 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/18/2012 02:55:09 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/18/2012 02:58:29 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/19/2012 13:32:46 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/19/2012 13:32:49 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/19/2012 13:32:54 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/19/2012 13:32:55 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/19/2012 13:33:02 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/19/2012 13:34:58 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/19/2012 13:36:17 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/19/2012 13:36:19 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/19/2012 13:36:31 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/19/2012 13:36:48 |
| 24.238.22.207 | 3275BA2215B226E3ABEE1AFF076EF7CD0566BAB7 | Breakfast in Bed | 04/19/2012 13:37:39 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/19/2012 13:37:47 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/19/2012 13:37:58 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/19/2012 13:39:46 |
| 24.238.22.207 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 | 04/19/2012 13:39:47 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/19/2012 13:40:10 |
| 24.238.22.207 | 13B89AF447970117973164BC21042E58DFEF5DC4 | Wild at Heart | 04/19/2012 13:43:54 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 13:54:33 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 13:59:12 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 13:59:42 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 14:01:02 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 14:01:22 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 14:01:32 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 14:03:07 |
| 24.238.22.207 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | 04/24/2012 14:04:11 |
| 24.238.22.207 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover | 05/01/2012 14:51:02 |
| 24.238.22.207 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover | 05/01/2012 14:52:02 |
| 24.238.22.207 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover | 05/01/2012 14:53:03 |
| 24.238.22.207 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover | 05/01/2012 14:54:01 |
| 24.238.22.207 | E1129C1FEC811992449105DF5B71D3720E3204B7 | Little Lover | 05/01/2012 14:59:15 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/02/2012 18:17:51 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/02/2012 18:52:19 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/02/2012 19:04:20 |
| 24.238.22.207 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby | 05/12/2012 14:38:50 |
| 24.238.22.207 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby | 05/12/2012 14:41:20 |
| 24.238.22.207 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby | 05/12/2012 14:41:47 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/12/2012 14:45:01 |

EXHIBIT B

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/12/2012 14:46:59 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/12/2012 14:52:51 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/12/2012 14:54:49 |
| 24.238.22.207 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby | 05/12/2012 14:55:21 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/12/2012 14:55:30 |
| 24.238.22.207 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand | 05/12/2012 14:56:11 |
| 24.238.22.207 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby | 05/12/2012 14:58:13 |
| 24.238.22.207 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby | 05/12/2012 14:58:23 |
| 24.238.22.207 | 8124B47DA90C6ADDB802F0A113AE263BC5A80547 | Romantic Memories | 05/17/2012 17:32:53 |
| 24.238.22.207 | 8124B47DA90C6ADDB802F0A113AE263BC5A80547 | Romantic Memories | 05/17/2012 17:35:54 |
| 24.238.22.207 | 8124B47DA90C6ADDB802F0A113AE263BC5A80547 | Romantic Memories | 05/17/2012 17:44:30 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 17:46:16 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 17:46:42 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 17:46:49 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:11:29 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 |

EXHIBIT B

SFL14

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| | | | 18:11:58 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:12:18 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:12:21 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:12:48 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:13:37 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:14:38 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:16:07 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:16:28 |
| 24.238.22.207 | 124410832FD7663C088D116A7A63A9B194B04679 | LA Love | 05/29/2012 18:17:26 |

EXHIBIT B

SFL14