

VIA FAX: **786-431-2229**

PAGE(S): __1 of 1__
(including cover page)

DATE: April 5, 2012

TO: Lipscomb Eisenberg & Baker, PL

RE: SUBPOENA for Identities of Certain IP Addresses
Malibu Media, LLC v. John Does 1-347
Case No. 12-01794 CA 13, Miami-Dade Circuit Court

Per the subpoena dated February 20, 2012, related to the above-entitled action, below is the information Hotwire located for the following IP addresses:

IP address: 24.238.22.207

34

| | |
|---|---|
| Name: | Leo Pelizzo |
| Street Address | 1900 N. Bayshore Drive, Unit 2212 |
| City, State, ZIP: | Miami, FL 33132 |
| Primary Phone: | 786-543-9230 |
| email: | leopelizzo@gmail.com |
| Authorized Users: | Leo Pelizzo is Account Holder; Hotwire does not maintain individual records of users of Internet. |

35

| | |
|---|---|
| Name: | ■■■ |
| Street Address | ■■■ |
| City, State, ZIP: | ■■■ |
| Primary Phone: | ■■■ |
| email: | ■■■ |
| Authorized Users: | ■■■ |

IP address: ■■■
IP address: ■■■

COMMENTS: This information is accurate to the best of Hotwire's ability to identify Hotwire subscribers who use dynamic or wireless Internet connections at any particular time.

Please let me know if you have questions or require further information.

Best regards,

*Laurie M. Murphy*
Assistant General Counsel
Direct: 610-726-1192

300 E. Lancaster Avenue, Suite 208, Wynnewood, PA 19096 - Telephone: 800-355-5668

EXHIBIT B