UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No.: <u>1:12-cv-22768-PAS</u> |
| v. | ) |
| LEO PELIZZO, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO WITHDRAW AND STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS [DKT. #8]**

THIS CAUSE came before the Court upon Plaintiff's Motion to Withdraw and Strike Plaintiff's Memorandum in Opposition to Motion to Dismiss (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. The memorandum filed as CM/ECF # 8 is hereby stricken from the record.

3. Adverse counsel shall destroy any and all copies of Plaintiff's filed memorandum in their possession, custody, or control.

4. Plaintiff's correct Memorandum, attached to the Motion as Exhibit A, is accepted as timely filed.

SO ORDERED this ___ day of _____, 2012.

By: _____
**UNITED STATES DISTRICT JUDGE**