UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22768-CIV-SEITZ/SIMONTON

MALIBU MEDIA, LLC,

        Plaintiff,

vs.

LEO PELIZZO,

        Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND STRIKE

THIS MATTER is before the Court on the Plaintiff's Motion to Withdraw and Strike Plaintiff's Memorandum in Opposition to Motion to Dismiss [DE-9], in which Plaintiff seeks to strike DE-8 because counsel inadvertently filed the wrong document and the document filed contains attorney notes. Plaintiff also seeks to file the corrected document. Upon consideration, it is

ORDERED THAT:

1. Plaintiff's Motion to Withdraw and Strike Plaintiff's Memorandum in Opposition to Motion to Dismiss [DE-9] is GRANTED.

    a. The Clerk is directed to STRIKE DE-8 and to restrict access to the document.

    b. Defense counsel is directed to destroy any copies it has of DE-8.

2. Plaintiff shall file its correct response to the Motion to Dismiss as a separate docket entry by **October 17, 2012.**

DONE and ORDERED in Miami, Florida, this 16th day of October, 2012.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record