UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No.: 1:12-cv-22768-PAS |
| v. | ) |
| LEO PELIZZO, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE DEFENDANT LEO PELIZZO'S AFFIRMATIVE DEFENSES IN HIS ANSWER [DKT. 29]**

PLEASE TAKE NOTICE, Plaintiff hereby withdraws its Motion to Strike Defendant Leo Pelizzo's Affirmative Defenses in His Answer [Dkt. 29].

Dated: April 8, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*