## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: <u>1:12-cv-22768-PAS</u> |
| | ) | |
| v. | ) | |
| | ) | |
| LEO PELIZZO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF LEO PELIZZO

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Leo Pelizzo ("Defendant") from this action <u>with prejudice</u>.  Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 11, 2013

Respectfully submitted,

By: <u>/s/ M. Keith Lipscomb</u>
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
One Biscayne Tower
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By: <u>/s/ *M. Keith Lipscomb*</u>