IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by J.H. D.C.
APR 22 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

MALIBU MEDIA, LLC,

    Plaintiff,

vs.   CASE NO. 12-22768-CIV-SEITZ-SIMONTON

LEO PELIZZO,

    Defendant.

_____/

### REPORT OF MEDIATION

The undersigned Mediator, Carol Soret Cope, Esq., reports to the Court that mediation conference in this case was held before her on April 4, 2013, in the above captioned case.

The following were present in person at the mediation conference: Plaintiff's counsel Keith Lipscomb, Esq., and Plaintiff's authorized representative Jessica Fernandez; Defendant's counsel Francisco Ferreiro, Esq., and Tony Guo, Esq., Defendant Leo Pelizzo, and, by agreement of the parties, Defendant's spouse Tamara Salmaso.

No agreement was reached during the mediation conference.

*Carol Soret Cope*

Carol Soret Cope, Esq.
JAMS Neutral
Florida Bar No. 312347

April 12, 2013

Copies furnished to:

All counsel of record
Judge Patricia Seitz



**THE RESOLUTION EXPERTS®**
**JAMS**

USMS INSPECTED RECEIVED

Sr. Judge Patricia Seitz
Wilkie D. Ferguson, US Courthouse
400 N. Miami Ave, Room 11-1
Miami, FL 33128-1807



stamps.com
L3388203
APR 1:10 PM



US POSTAGE
FIRST-CLASS
46 cents