Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2                  MIAMI DIVISION
 3                    - - -
 4   MALIBU MEDIA, LLC,      :   Civil Action Case
             Plaintiff,      :   No. 1:12-cv-22768-PAS
 5                           :
 6           vs.             :
 7   LEO PELIZZO,            :
             Defendant.      :
 8                    - - -
 9           Wednesday, March 13, 2013
10                    - - -
11           Oral deposition of LAURIE M. MURPHY,
12   taken at the offices of Veritext National Court
13   Reporting Company, 44 East Court Street,
14   Doylestown, Pennsylvania, commencing at 3:33
15   p.m., before Jennifer S. Walker, a Federally
16   Approved Registered Professional Reporter and
17   Notary Public.
18
19
20
21
22
23
24
25
```

ORIGINAL

Page 2

```
 1   A P P E A R A N C E S:

 2

 3        LIPSCOMB EISENBERG & BAKER, PL
          BY:  M. KEITH LIPSCOMB, ESQUIRE
 4        2 South Biscayne Boulevard
          Penthouse 3800
 5        Miami, Florida  33131
          (786) 431-2228
 6        klipscomb@lebfirm.com
          Representing the Plaintiff
 7

 8
          (via cellphone speakerphone)
 9        MALLOY & MALLOY, P.L.
          BY:  FRANCISCO J. FERREIRO, ESQUIRE
10        2800 S.W. Third Avenue
          Miami, Florida  33129
11        (305) 858-8000
          fferreiro@malloylaw.com
12        Representing the Defendant

13                        - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                      - - -
 2                   I N D E X
 3                      - - -
 4   Testimony of:  LAURIE M. MURPHY
 5   By Mr. Lipscomb ....................5, 82
 6   By Mr. Ferreiro ......................53
 7                      - - -
 8                 E X H I B I T S
 9                      - - -
10   EXHIBIT NUMBER      DESCRIPTION    PAGE MARKED
11   Exhibit A      Subpoena Duces Tecum     12
               with 30(b)(6)
12             Corporate Deposition
               of Records Custodian
13             for Verizon [sic]
               Internet Services
14
     Exhibit B      E-mail string            13
15             w/attachment
16   Exhibit C      Hotwire                  15
               Communications, Ltd.
17             Response Exhibit A
18   Exhibit D      Hotwire                  18
               Communications, Ltd.
19             Response Exhibit B
20   Exhibit E      4/5/12 Hotwire fax       23
21   Exhibit F      Subpoena Duces Tecum     40
22   Exhibit G      Domestic Return          41
               Receipt
23
24                     - - -
25
```

Page 4

1                    DEPOSITION SUPPORT INDEX

2

3    INSTRUCTION NOT TO ANSWER:

4    Page   Line      Page   Line      Page   Line

5    (None)

6

7

8

9    REQUEST FOR PRODUCTION OF DOCUMENTS:

10   Page   Line          Description

11   (None)

12

13

14   STIPULATIONS:

15   Page   Line          Page   Line

16   (None)

17

18

19

20   QUESTIONS MARKED:

21   Page   Line          Page   Line

22   (None)

23

24

25                        – – –

Page 5

```
1                    LAURIE M. MURPHY

2                         - - -

3              LAURIE M. MURPHY, having been first

4         duly sworn, was examined and testified as

5         follows:

6                         - - -

7                      EXAMINATION

8                         - - -

9    BY MR. LIPSCOMB:

10        Q.      Good afternoon.  Could you please

11   state your name for the record?

12        A.      Laurie Murphy.

13        Q.      Could you spell that?

14        A.      L-A-U-R-I-E M-U-R-P-H-Y.

15        Q.      Ms. Murphy, have you ever had your

16   deposition taken before?

17        A.      I don't think so.

18        Q.      Okay.  With that in mind, let me

19   just go over some general guidelines.

20              The court reporter is transcribing

21   everything that either you or I or Mr. Ferreiro

22   is saying, so please try to answer audibly as

23   opposed to with head shakes, because head

24   shakes can't be transcribed.

25        A.      Okay.
```

```
 1                LAURIE M. MURPHY
 2       Q.      Also, the court reporter strives
 3  mightily to write down every word that we say,
 4  but we make that task more difficult if we both
 5  talk at the same time.  So please allow me to
 6  finish my question before you start answering,
 7  and I'll try to do the same.
 8           If, at any time during this
 9  deposition, you need a break, that's absolutely
10  no problem; just let me know, we'll go off the
11  record and you can -- we'll take a break.
12           There will likely also be times
13  during the deposition where I say, "Let's go
14  off the record for minute" and, during those
15  times, I'll just gather my thoughts or find a
16  particular piece of paper.
17           Is there -- I like to start
18  depositions by asking:  Are you on any
19  medication that would affect your memory?
20       A.      No.
21       Q.      Is there any other reason that
22  you're aware of that would affect your memory?
23       A.      No.
24       Q.      Mr. Ferreiro represents the
25  defendant in this matter.  You're here alone.
```

Page 7

1                    LAURIE M. MURPHY

2    Do you -- do you have an attorney?

3         A.    I do not.

4         Q.    Okay.  Since Mr. Ferreiro does not

5    represent you, he -- he might make an

6    objection, but he doesn't have the power to

7    instruct you not to answer.  So if he does make

8    an objection for any reason, please continue to

9    answer.

10        A.    Okay.

11        Q.    And generally during depositions,

12   objections are kept very short.  All he really

13   needs to say and all he's allowed to say is

14   "objection" or "objection to form," and that

15   preserves all of the objections in the case.

16              Do you understand the instructions

17   on how the process is going to work?

18        A.    I do.

19        Q.    Okay.  Also, if during this

20   deposition at any point I ask a question and

21   you don't understand it, please just tell me,

22   and I'll do my best to rephrase the question.

23        A.    Okay.

24        Q.    And if you don't know the answer to

25   a question, that's okay, too, just -- you can

1               LAURIE M. MURPHY

2    say, "I don't know" and, if it's a question

3    with some parameters, I might ask follow-ups,

4    but we don't want you to guess or speculate.

5         A.     Okay.

6         Q.     Ms. Murphy, where do you work?

7         A.     Hotwire Communications.

8         Q.     What's the -- is Hotwire

9    Communications -- strike that.

10               Is Hotwire Communications a

11   corporation?

12        A.     A limited partnership.

13        Q.     Is there a general partner?

14        A.     The general partner is Hotwire

15   Communications, LLC.

16        Q.     What's Hotwire Communications, LP's

17   address?

18        A.     300 East Lancaster,

19   L-A-N-C-A-S-T-E-R, Avenue.  And it's Suite 208.

20   And that's Wynnewood, W-Y-N-N-E-W-O-O-D,

21   Pennsylvania, 19096.

22        Q.     Hotwire Communications, LLC, does

23   it have the same address?

24        A.     Yes.

25        Q.     Do you also work for Hotwire

Page 9

```
1                LAURIE M. MURPHY
2    Communications, LLC?
3         A.     Yes.  It's -- I would say yes.
4    Everything rolls up under Limited, so...
5         Q.     You used the word "Limited" --
6         A.     LTD, the limited partnership.  So
7    the company contracts under Limited, has
8    selects under Limited, so then I would say I
9    work for Limited.
10        Q.     When were you -- strike that.
11               For purposes of this deposition, if
12   I refer to Hotwire Communications, LP, and
13   Hotwire Communications, LLC, as just Hotwire,
14   the question is:  Is there any reason that that
15   would confuse you or be improper?
16        A.     No.
17        Q.     Okay.  When did you start working
18   for Hotwire?
19        A.     I think October of 2007.
20        Q.     What is your position with Hotwire?
21        A.     Assistant general counsel.
22        Q.     Are you an attorney?
23        A.     Yes.
24        Q.     Have you worked at Hotwire
25   continuously since October of 2007 to the
```

Page 10

1                    LAURIE M. MURPHY
2     present?
3         A.      Yes.
4         Q.      Prior to working for Hotwire, did
5     your practice focus on litigation or
6     transactional work?
7         A.      Transactional.
8         Q.      Have you ever -- have you ever
9     represented a client during a litigation?
10        A.      No.
11        Q.      Do you supervise the litigation
12    that Hotwire is in now?
13        A.      No.
14        Q.      What are your job responsibilities
15    at Hotwire?
16        A.      Primarily to manage the telecom
17    regulatory matters and respond to subpoenas.
18        Q.      Are you still -- are you a member
19    of any state bar association?
20        A.      Do you mean am I barred in the
21    state, or am I just a member of the, like,
22    Philadelphia Bar Association, something like
23    that?  I'm barred in Pennsylvania and
24    New Jersey, if that's what you're asking.
25        Q.      That was what I was asking.

Page 11

1                    LAURIE M. MURPHY

2        A.      Okay.

3        Q.      You're an attorney licensed, in

4   good standing, in Pennsylvania and New Jersey.

5   Is that correct?

6        A.      Correct.

7        Q.      Never had any disciplinary issues?

8        A.      No.

9        Q.      And so as an attorney licensed, in

10  good standing, under the state bar associations

11  of Pennsylvania and New Jersey, you understand

12  that you're an officer of the court.  Correct?

13       A.      Correct.

14       Q.      Do you take that responsibility

15  seriously?

16       A.      I do.

17       Q.      Ms. Murphy, I'm going to show you

18  what -- strike that.

19               Just a little more background.

20  When did you pass your first bar exam?

21       A.      1995.  I sat for Pennsylvania and

22  New Jersey over three days, so it would have

23  been the same -- that same time period.

24       Q.      So you've been an attorney for

25  almost 18 years?

Page 12

1                   LAURIE M. MURPHY

2         A.      I guess so, yes.

3                        - - -

4               (Whereupon, a document was marked,

5         for identification purposes, Exhibit A.)

6                        - - -

7    BY MR. LIPSCOMB:

8         Q.      Ms. Murphy, I'm going to show you

9    what I have previously marked as Exhibit A.

10   Can you tell me what that is?

11        A.      Looks like the original subpoena

12   that Hotwire received.

13        Q.      In this matter?

14        A.      In this matter, yes.

15        Q.      Have you reviewed this subpoena?

16        A.      I did.

17        Q.      And this is a subpoena duces tecum

18   with a 30(b)(6) corporate deposition.   Correct?

19        A.      I have to read the title.   That's

20   what it says, correct.

21        Q.      Exhibit A has a typographical error

22   in the title, doesn't it?   It says, "Verizon,"

23   but it should say, "Hotwire"?

24        A.      It does say, "Verizon."   Let me see

25   mine.   Yes, but every -- it says it in the

Page 13

1                    LAURIE M. MURPHY
2       title.  Everything else says, "Hotwire
3       Communications," so...
4            Q.      Correct.
5                    And it's to the records custodian
6       for Hotwire Communications.  Correct?
7            A.      That's correct.
8            Q.      And as part of your job for
9       Hotwire, is it your responsibility to receive
10      and review subpoenas?
11           A.      It is.
12           Q.      And you did so in this case?
13           A.      I did.
14                   MR. LIPSCOMB:  Go off the record
15               just one second.
16                        -  -  -
17                   (Whereupon, a discussion was held
18               off the record.)
19                        -  -  -
20                   (Whereupon, a document was marked,
21               for identification purposes, Exhibit B.)
22                        -  -  -
23                   MR. LIPSCOMB:  Back on.
24      BY MR. LIPSCOMB:
25           Q.      Ms. Murphy, I'm going to show you

Page 14

LAURIE M. MURPHY

1
2    what I just marked as Exhibit B.  Can you tell
3    me what that is?
4         A.     This is my response to the
5    subpoena; so my e-mail to you, Keith, with
6    the -- my responses as an attachment.
7         Q.     And for clarity of the record, this
8    is your responses to the duces tecum portion of
9    the subpoena.  Correct?
10        A.     Correct.
11        Q.     And in addition -- for the record,
12   those are your written responses to the duces
13   tecum --
14        A.     Correct.
15        Q.     -- portion of the subpoena.
16   Correct?
17        A.     (Nodding.)
18        Q.     And is that a full and complete
19   copy of your written responses?
20        A.     Of my written responses, yes.
21        Q.     And you also attached two exhibits
22   as documents that you are producing in response
23   to the duces tecum portion of the subpoena.
24   Correct?
25        A.     Correct.

1                   LAURIE M. MURPHY

2       Q.      Exhibit -- you marked those two

3   documents Exhibit A and Exhibit B.  Is that

4   correct?

5       A.      Yes.

6                        - - -

7               (Whereupon, a document was marked,

8       for identification purposes, Exhibit C.)

9                        - - -

10  BY MR. LIPSCOMB:

11      Q.      I'm going to show you now what I

12  have just marked as Exhibit C.  Can you tell me

13  what that is?

14      A.      Hotwire's cable privacy policy.

15      Q.      And does it have a header?

16      A.      The -- do you mean other than what

17  I just said?

18      Q.      Yes.

19      A.      "Hotwire Communications, Limited,

20  Response" and then "Exhibit A."  Is that what

21  you mean?

22      Q.      Correct.  Exhibit A, and then

23  there's also the name of the case at the top.

24  Correct?

25      A.      Oh, Malibu Media, LLC, versus Leo

1                    LAURIE M. MURPHY

2    Pelizzo.

3         Q.    Correct.  Is this a true and

4    correct copy of the privacy policy that you

5    submitted in response to the subpoena duces

6    tecum subpoena that I -- or that Malibu Media

7    propounded on you as Exhibit A?

8         A.    Yes.

9         Q.    Let's talk just a few more minutes

10   about Exhibit A.  Is the privacy policy that's

11   contained on Exhibit C on Hotwire's website?

12        A.    It is.  At www.GetHotwire.com.

13        Q.    Would a copy of this document be

14   delivered to -- would it have been delivered to

15   Leo Pelizzo through any other means than the

16   website?

17        A.    No.

18        Q.    Did you, in preparation for this

19   deposition, print this from the website?

20        A.    I did.

21        Q.    And just for admissibility

22   purposes, this is a true and correct copy of

23   what's on the website.  Correct?

24        A.    It is on the date that it was

25   printed.  So, of course, it could be revised at

Page 17

1                    LAURIE M. MURPHY

2    any time, but...

3        Q.     Do you know who revises the privacy

4    policy at Hotwire?

5        A.     The general counsel.

6        Q.     Do you remember the last time that

7    it was revised?

8        A.     Let me see the revision date.  That

9    probably was, since that's so recent.  When I

10   first looked at the policy, I noticed some

11   typos, and so -- substantively, nothing

12   changed, but there were some typos, which I

13   think was the last thing that has been changed

14   on them.

15       Q.     Do you remember when -- when that

16   was, approximately?

17       A.     If I said it was in -- if a change

18   was made, it was within the last three months.

19       Q.     Were any changes made other than

20   that change within the last two years, to the

21   best of your knowledge?

22       A.     Within the last two years?

23       Q.     Yes.

24       A.     Oh, I have no idea.

25       Q.     Do you remember any changes being

Page 18

1                          LAURIE M. MURPHY

2       made in 2012?

3            A.      2012?  I do not.

4            Q.      Would you have been aware of any

5       changes being made?

6            A.      I may have been if it was a change

7       in the law that I came across or a case or

8       something that I may have brought to the

9       general counsel's attention that would have

10      caused Hotwire to revisit the policy.  I can't

11      remember anything specific, though, in 2012.

12           Q.      So to the best of your

13      recollection, this is the same policy you had

14      throughout 2012 minus the correction of a few

15      typos that occurred within the last quarter?

16           A.      Correct.

17           Q.      Okay.

18                          -  -  -

19                  (Whereupon, a document was marked,

20           for identification purposes, Exhibit D.)

21                          -  -  -

22      BY MR. LIPSCOMB:

23           Q.      Ms. Murphy, I'm now going to show

24      you what I've marked as Exhibit D.  Could you

25      please tell me what that is?

1            LAURIE M. MURPHY

2       A.      It's what Hotwire calls its

3  Acceptable Use Policy, so the Internet

4  Acceptable Use Policy.  So the title is

5  "Hotwire Communications High-Speed Internet

6  Acceptable Use Policy," and basically governs

7  how subscribers are allowed to use the Internet

8  and what might be a violation.

9       Q.      This is intended to be a contract

10 between you and your subscribers?

11      A.      Correct.

12      Q.      And again, it's posted on the

13 website?

14      A.      It's posted on the website.

15      Q.      Do the subscribers receive it

16 through any other means but the website?

17      A.      No.

18      Q.      To the best of your knowledge, has

19 it changed at any time since 2012 or 2013?

20      A.      I know it had the same typos as the

21 other one, so I know the typos were corrected.

22 I don't think so, but without again -- and this

23 has such a recent revision date on it.  Without

24 doing a write compare, I couldn't say

25 absolutely, but I'm not aware of anything.

1          LAURIE M. MURPHY

2      Q.    On Page 2 of Exhibit D, under the

3  heading labeled "Prohibited Uses and

4  Activities," could you please read the first

5  sentence and then the little I?

6      A.    "Prohibited uses include, but are

7  not limited to, using the Service or Equipment

8  to undertake or accomplish any unlawful

9  purpose.  This includes, but is not limited to,

10 posting, storing, transmitting, or

11 disseminating information, data, or material

12 which is libelous, obscene, unlawful,

13 threatening, defamatory, or which infringes the

14 intellectual property rights of any person or

15 entity, or which in any way constitutes or

16 encourages conduct that would constitute a

17 criminal offense, give rise to civil liability,

18 or otherwise violate any local, state, federal,

19 or international law, order or regulation."

20     Q.    To the best of your recollection,

21 has that part of that sentence -- strike that.

22          To the best of your recollection,

23 has that, what you just read, changed at any

24 time during 2012 to the present?

25     A.    Not to my knowledge.

```
 1                  LAURIE M. MURPHY
 2        Q.      Ms. Murphy, you annotated the
 3   responses to the duces tecum portion of the
 4   subpoena duces tecum.  What I had in the
 5   subpoena designated as Schedule A, you sent
 6   back to me with capitalized writing underneath
 7   each category.  Do you see that, looking at
 8   Exhibit B?
 9        A.      Yes.  Well, looking at Exhibit A --
10   Schedule A --
11        Q.      Exhibit B for this deposition, what
12   we've marked as Schedule --
13        A.      Oh, sorry.  Your Exhibit B.
14        Q.      What was marked as Schedule A to
15   the original subpoena.
16        A.      Yes, those are my responses.
17        Q.      And each one of those responses
18   were true and accurate?
19        A.      Yes, to the best of my knowledge.
20        Q.      In response to the subpoena, did
21   you look for the documents that were
22   requested --
23        A.      I did.
24        Q.      -- in what's been marked as Exhibit
25   B for this depo and what was Schedule A to the
```

1                    LAURIE M. MURPHY

2    subpoena?

3         A.    Yes.

4         Q.    And you produced all of the

5    documents that were in Hotwire's possession,

6    custody, or control --

7         A.    Correct.

8         Q.    -- that you deemed responsive?

9         A.    Yes.

10        Q.    Ms. Murphy, I'm now going to show

11   you what I have previously marked as Exhibit A

12   and, specifically, Schedule B to Exhibit -- for

13   the record, again, Exhibit A is the subpoena

14   that I pro- -- or that Malibu propounded on

15   Hotwire; and Schedule B is a list of topics

16   that I requested Hotwire designate a corporate

17   representative to answer questions about.  Is

18   that correct?

19        A.    That's correct.

20        Q.    Did you review this schedule in

21   anticipation of this deposition?

22        A.    I did.

23        Q.    And are you prepared to testify on

24   each of the topics?

25        A.    Yes.

```
 1              LAURIE M. MURPHY
 2           MR. LIPSCOMB:  Let's go off the
 3       record for a second.
 4                  - - -
 5           (Whereupon, a discussion was held
 6       off the record.)
 7                  - - -
 8   BY MR. LIPSCOMB:
 9       Q.    Ms. Murphy, in connection with the
10   case originally styled "Malibu Media, LLC,
11   versus John Does 1 through 347," which was
12   pending in the Miami-Dade Circuit Court, Malibu
13   Media propounded or served a subpoena on
14   Hotwire.  Do you recall that subpoena?
15       A.    I do.
16           MR. LIPSCOMB:  And what I'm going
17       to show you now and mark, as Exhibit E, is
18       a portion of Hotwire's response to that
19       subpoena.
20                  - - -
21           (Whereupon, a document was marked,
22       for identification purposes, Exhibit E.)
23                  - - -
24   BY MR. LIPSCOMB:
25       Q.    Have you seen this document before?
```

Page 24

                              LAURIE M. MURPHY

1

2        A.      Yes, that's my response.

3        Q.      Can you tell me -- strike that.

4              Through this response, Hotwire

5    indicated that it had assigned Leo Pelizzo the

6    IP address 24.236.22.207 on the applicable date

7    and time of the subpoena that we propounded on

8    you.  Is that correct?

9        A.      I -- I wouldn't characterize it as

10   the assigned IP.  The IPs aren't necessarily

11   assigned to a subscriber; they're in a constant

12   sort of mixing pod.

13             And to the best of Hotwire's

14   records at that time, because they are dynamic

15   IPs, it looked like that IP was in use by this

16   subscriber on that date, but that's why the

17   caveat is here.  That's the problem with

18   dynamic IPs is, if it's not in use for

19   24 hours, it may or may not go into -- back

20   into the pool.

21       Q.      Okay.  But Hotwire -- is Hotwire

22   able, through its computer records, to

23   correlate a person to an IP address if we give

24   you the date and time of the alleged

25   infringement?

Page 25

1                LAURIE M. MURPHY

2            MR. FERREIRO:  Object to the form.

3    BY MR. LIPSCOMB:

4        Q.    Did you understand the question?

5        A.    I think I understand the question.

6    Can Hotwire identify the subscriber based on

7    the IP and the date and time?

8        Q.    Correct.

9        A.    Hotwire cannot definitively

10   identify a subscriber unless it's within

11   that -- depending on the building.  So this

12   is -- Mr. Pelizzo lives in Quantum on the Bay,

13   and the IPs in that building have a 24-hour

14   lease time.  So there's a limited pool, and

15   they -- if no one's logged in or someone goes

16   on vacation, the IP goes back into the pool for

17   someone else.

18            MR. FERREIRO:  Sorry, if I can just

19        object.  Is there any way you can get the

20        phone closer to the witness?

21            MR. LIPSCOMB:  Sure.  Not so much

22        an objection, but a request.

23            THE WITNESS:  Sorry.  I'll try to

24        speak up.

25

Page 26

```
                        LAURIE M. MURPHY
 1
 2    BY MR. LIPSCOMB:
 3        Q.    Okay.  I definitely want to
 4    understand this process.
 5        A.    Okay.
 6        Q.    Because this is critical
 7    information for being able to -- obviously
 8    being able to successfully identify the person
 9    to whom an IP address was assigned is critical
10    to my ability to prove that the person who
11    connected to my investigator's server is the
12    right person.
13        A.    Okay.
14        Q.    So --
15              MR. FERREIRO:  Object to form.
16              MR. LIPSCOMB:  It wasn't a
17        question; that was background.
18    BY MR. LIPSCOMB:
19        Q.    As a predicate to my next question,
20    you said there's a 24-hour window that a --
21    that if a person doesn't use their Internet,
22    they could lose that IP address.  Is that
23    correct?
24        A.    It may or may not go back into the
25    pool.  If there's a need, and that person
```

Page 27

LAURIE M. MURPHY

1
2    hasn't used the IP address for that 24-hour
3    period, then it could be pulled and assigned to
4    another subscriber -- not assigned; used by
5    another subscriber.
6         Q.    What system does Hotwire maintain
7    for recording the assignment of IP addresses?
8         A.    There is something called a DHCP.
9    It's like a server or a host that manages this
10   pool of IP addresses.  It's an automated
11   system.  It's not a person.
12             So where there's a need, where an
13   IP address isn't being used, then this server
14   will pull it back in so it's available when
15   someone logs on.  Hotwire tries to maintain the
16   DHCP server records for two months.
17        Q.    DHC --
18        A.    Yeah, it's digital host
19   configuration port something -- I forget what
20   the acronym stands for, but it's the -- it's
21   the manager of the IP addresses.  So Hotwire,
22   ideally, tries to maintain those logs of what
23   has been used.
24             The issue is, it goes from the DHCP
25   host to Mr. Pelizzo.  That's a -- I believe

Page 28

1                    LAURIE M. MURPHY

2     that's a high-rise building.  So on each floor,

3     there's going to be a series of ports that then

4     go to the individual units.

5              So in Mr. Pelizzo's case, that

6     building is a bulk property.  So Hotwire has

7     never dealt directly with Mr. Pelizzo.  The

8     homeowner's association purchases the service,

9     goes out to all the residents.  So Hotwire does

10    not need to go into that building on a

11    user-by-user basis to manage their port or

12    really do anything with the individual

13    subscriber.

14             So as far as having those detailed

15    records down to a subscriber, when it's a bulk

16    property, there's not really any need or an

17    occasion to go to a particular port for a

18    particular subscriber.

19         Q.    Did the homeowner -- did the

20    homeowner's association provide you with a list

21    of people to whom each port was assigned?

22         A.    No.

23         Q.    How do you -- how does Hotwire

24    identify -- scratch that.

25             How did you get a list of the

1                   LAURIE M. MURPHY

2      residents of the building?

3           A.      The individual residents are in

4      Hotwire's billing system.  An individual

5      resident can upgrade their system or add

6      another service on.  So Hotwire does, in this

7      instance -- I can only speak to this building.

8      But in this instance, Hotwire does know who the

9      subscribers are in this building.  In some

10     buildings, Hotwire's services --

11               MR. FERREIRO:  If I could

12          interject, and this can be off the record.

13                    -  -  -

14          (Whereupon, a discussion was held

15          off the record.)

16                    -  -  -

17               THE WITNESS:  I was just saying, in

18          some instances, Hotwire services student

19          buildings, high-rises in Philadelphia,

20          where, because of the turnover, Hotwire

21          has no idea who the students are.  It's

22          billed to the building, the service goes

23          to the unit.  So that's the distinction

24          between something like that and this

25          building where Hotwire does know who the

1                       LAURIE M. MURPHY

2          residents are.

3                    MR. LIPSCOMB:  Understood.

4     BY MR. LIPSCOMB:

5          Q.     So there's a business need with

6     respect to Mr. Pelizzo's building for Hotwire

7     to know who the subscribers are.  Correct?

8          A.     I would say, yes.

9          Q.     And that business need is that some

10    of the subscribers may upgrade and you need to

11    know who to bill more money to.  Correct?

12         A.     Yes.

13                   MR. FERREIRO:  Object to form.

14                   MR. LIPSCOMB:  Francisco, what was

15         wrong with the question?

16                   MR. FERREIRO:  What's that?

17                   MR. LIPSCOMB:  What was wrong with

18         the question?

19                   MR. FERREIRO:  Mischaracterizing

20         earlier testimony.

21                   MR. LIPSCOMB:  Okay.

22    BY MR. LIPSCOMB:

23         Q.     Did I accurately summarize your

24    testimony?

25         A.     Hotwire determines -- keeps a

Page 31

```
 1                    LAURIE M. MURPHY
 2    record of who those residents are to enable
 3    Hotwire to service the subscribers.
 4         Q.     Going back to the DHCP, is that a
 5    software program or a server?
 6         A.     I wish I had my -- all my tech
 7    notes.  I don't know -- I don't know how it
 8    would be categorized.  Whatever it is, this has
 9    the ability to manage the IP addresses without
10    human intervention.
11         Q.     Is the block of IP addresses
12    assigned to Mr. Pelizzo's building assigned to
13    the entire building or per floor?
14         A.     The address, the entire building.
15    Generally what carriers do is, if there are 200
16    units, you might have 100 IP addresses.  And
17    that's why you use that -- if they're not in
18    use, then they just go back into the mix and
19    they're available for whoever needs them.
20              MR. LIPSCOMB:  Sure.
21              Off the record.
22                       -  -  -
23              (Whereupon, a discussion was held
24         off the record.)
25                       -  -  -
```

Page 32

1                LAURIE M. MURPHY

2           MR. LIPSCOMB:  Back on the record.

3    BY MR. LIPSCOMB:

4           Q.     I want to understand, because I

5    don't quite yet, the 24-hour rule.  Could you

6    explain that one more time, please?

7           A.     Okay.  They call it a lease time,

8    and it varies by building, by demand.  At that

9    particular building, it is a 24-hour lease

10   time.  And I did confirm that that's what it

11   was on the use date that Hotwire was given.

12           Basically, if someone is logged

13   onto their computer, they don't ever turn it

14   off, then that IP will stay active with them.

15   But if they log off or they go on vacation and

16   there's a demand for IPs and they're not using

17   that one, that server will just pull it out and

18   assign it to whoever needs it.

19           Q.     What do you mean "go on vacation"?

20           A.     I mean, if somebody just logs off

21   and they leave their unit.  You know, so

22   they're off, whether they're on vacation or

23   whatever they're doing, they just are not using

24   their system for more than 24 hours.

25           Q.     If somebody does not log onto the

1              LAURIE M. MURPHY

2    Internet, is that what you mean, for 24 hours?

3    Twenty-four hours of no Internet usage?

4         A.    Correct.

5         Q.    That's what you mean.  Correct?

6         A.    Yes.

7         Q.    If somebody doesn't log on -- or

8    doesn't log onto an Internet browser and search

9    through the Internet for 24 hours, their IP

10   address may be reassigned to somebody else in

11   that building?

12        A.    Correct.

13        Q.    And the DHCP program or server,

14   whatever it is, monitors that switch.  Correct?

15        A.    Correct.  It monitors the usage and

16   then tries to fill that need by pulling

17   addresses that aren't being used and assigning

18   them to someone who's trying to log on.

19        Q.    And the DHCP system maintains those

20   assignment records for two months.  Correct?

21        A.    Yes.  Not perfectly, but, yes.

22   There are issues with the actual ports on the

23   floors.  So if you have a high-rise building,

24   if somebody mislabeled a port and said that

25   that port belongs to Unit 124, but it actually

Page 34

1                     LAURIE M. MURPHY
2     goes into Unit 125, without a technician
3     actually going out there and tracing the line
4     into the actual unit, there's always that
5     chance.
6                     So it's never really an issue again
7     in a bulk building.  We provide the --
8     generally, the phone, Internet, and cable in a
9     building.  So if a port's mislabeled, it
10    doesn't really make a difference in Hotwire.
11    So everybody's getting on the service.
12                    So it would be an issue if a
13    subscriber wanted to upgrade.  Then, of course,
14    you'd want to make sure -- if they said they
15    upgraded to something and then they weren't
16    getting it, a tech would have to go out and
17    then they might discover a mislabeled port.
18         Q.      Did Mr. Pelizzo upgrade?
19         A.      He did not.  Our records indicate
20    that he only has as far back as the Hotwire
21    records, which I think in my response said to
22    2011, before we switched our billing system.
23    He only has basic cable, so I think there was a
24    question of he's -- and he's never upgraded or
25    we do not have a record of any pay-per-view

Page 35

```
1                LAURIE M. MURPHY

2   purchased by Mr. Pelizzo.  So I'm not sure...

3        Q.     So the DHCP system correlates to a

4   port.  Is that correct?

5        A.     Yes.  There are -- there is kind

6   of -- I believe there's a master port in the

7   building and then each floor is going to have

8   its own kind of rack out of which all of these

9   various connections go to the individual units.

10       Q.     Does the DHCP system have the

11  ability to identify the port by some

12  identifier, like a number or some other number,

13  some other value, alphanumeric or whatever?

14       A.     Yes.  Ideally, if everything goes

15  according to plan, if you wanted to look at an

16  IP address today -- so you're in that 24-hour

17  period -- then you would be able to go to the

18  DHCP server and obtain the MAC address of the

19  device that was used and then the port which

20  goes to the subscriber's unit.

21            And then from that address, Hotwire

22  can look back and say John Doe lives in this

23  unit with -- and is getting this IP address on

24  this date and they're using this MAC address to

25  access the Internet and this IP address.
```

Page 36

1              LAURIE M. MURPHY
2        Q.      Can you explain what a MAC address
3   is, please?
4        A.      Each device -- it's the media
5   access control.  I think that's what the
6   acronym is.  So each device, a computer, every
7   individual device has its own address.  So your
8   laptop will have a MAC address, your desktop
9   will have a MAC address, so...
10       Q.      The subpoena that we sent to
11  Hotwire, dated February 20th, 2012 -- I don't
12  have a copy with me, but I will -- it requested
13  the MAC address.  Would -- and the result that
14  you gave back doesn't contain a MAC address.
15       A.      It's odd.  Normally, there would be
16  a line here, and it would just say, "Not
17  available."  So I have to -- that's odd.  You
18  don't have the original -- do you have the
19  original subpoena?
20              MR. LIPSCOMB:  Go off the record.
21                    -  -  -
22              (Whereupon, a discussion was held
23         off the record.)
24                    -  -  -
25              MR. LIPSCOMB:  Go back on the

Page 37

1                    LAURIE M. MURPHY

2       record.

3   BY MR. LIPSCOMB:

4       Q.     If I requested a MAC address today,

5   would you still be able to turn it over?

6       A.     Well, the problem is, in my

7   response, the -- whatever the last letter is,

8   "O," on my responses, I had the techs check the

9   IP address, and it's no longer in use by -- I

10  confirmed it's no longer in use by Mr. Pelizzo.

11             So the only thing I can tell you is

12  that I could look back in the original

13  information that I received from the tech and

14  see if there was a MAC address there.  That

15  would be the first time I -- but I guess I

16  could have forgotten to put it on there, but

17  normally if it's asked for, I provide it.

18      Q.     Okay.  So the answer is, you may be

19  able to identify the MAC address if I ask for

20  it now?

21      A.     Right.  And it would be tied to

22  when this ID was -- when Mr. Pelizzo was tied

23  to that IP address.

24      Q.     Going back to the DHCP system, just

25  so I understand your testimony, you think

Page 38

1                    LAURIE M. MURPHY
2    that -- or you testified that the only -- the
3    only possibility of error that you see is that
4    a port at the building was mislabeled.  Is that
5    correct?
6         A.      The only possibility?  Well -- the
7    only possibility of error?  So I'm trying to
8    think of when I spoke to the techs and they
9    went through the issues that could arise.  One
10   is, we have -- Hotwire has wireless access
11   points in the lobbies of the buildings.  So --
12   I don't know if I could characterize it as an
13   error, that's the only error.
14        Q.      Well, the wireless would have its
15   own IP address.  It wouldn't be --
16        A.      It would change.
17        Q.      It would change, but it wouldn't
18   correlate to the one that you assigned to
19   Mr. Pelizzo during --
20        A.      I'm trying to go through in my head
21   what the techs told me for reasons why.  One
22   was a mislabeled port.  I can't remember
23   offhand what the other -- that's the only one I
24   can remember offhand.
25        Q.      Do you believe that there are

Page 39

LAURIE M. MURPHY

1
2   possibilities of error?

3      A.    For a mistake?  I don't think so.

4   I think, for an error, an actual error, I think

5   it would be a mislabeled port.  So that would

6   be an error of tying an IP address to a unit,

7   but that would be different than tying an IP

8   address to a user on a given date because

9   that's -- it's just a different animal.  If the

10   IP address went back into the pot, then -- so I

11   don't know if you would characterize that as an

12   error.

13      Q.   Let's just clean that up, because

14   your testimony is that the DC -- or DHCP can

15   accurately correlate within 24 hours.  And so

16   if I give you a date and time, it can correlate

17   to a subscriber.

18      A.    Oh, I'm sorry.  I think you

19   misunderstand that a little bit.  Within

20   24 hours, as in if you give me an address right

21   now, it can look back to this same time

22   yesterday and say, okay, that person -- the

23   lease time on that IP address is 24 hours.  Or

24   they'll look back 20 hours and say, yes,

25   definitely that person has that address because

Page 40

1                    LAURIE M. MURPHY
2    they get it for the full 24 before it goes back
3    into the pool; not -- I think what you're
4    saying is if you can narrow down any date in
5    time and within those 24 hours -- it's 24 hours
6    as in looking back to yesterday.
7         Q.     And it saves that data looking back
8    24 hours for two months.  Is that correct?
9         A.     For two months.
10              MR. LIPSCOMB:  We need to go off
11         the record for a second.
12                       - - -
13              (Whereupon, a discussion was held
14         off the record.)
15                       - - -
16              (Whereupon, a document was marked,
17         for identification purposes, Exhibit F.)
18                       - - -
19    BY MR. LIPSCOMB:
20         Q.     Ms. Murphy, I'm going to show you
21    what I just marked as Exhibit F.  Can you tell
22    me what that is?
23         A.     It's the original subpoena duces
24    tecum Hotwire received on -- well, dated
25    February 20th, 2012.

Page 41

```
1                    LAURIE M. MURPHY
2        Q.    And on Page 3 of that -- do you see
3   that Doe 34 was -- that we're requesting the
4   identity of Doe 34 who was assigned the IP
5   address 24.238.22.207?
6        A.    Yes.
7        Q.    Can you tell me what the hit date
8   for Doe 34 was?
9        A.    February 6th, 2012.
10       Q.    And the subpoena was propounded
11   on -- or was served on --
12       A.    February 20th, 2012.
13            MR. LIPSCOMB:  Off the record.
14                  -  -  -
15            (Whereupon, a discussion was held
16        off the record.)
17                  -  -  -
18            (Whereupon, a document was marked,
19        for identification purposes, Exhibit G.)
20                  -  -  -
21   BY MR. LIPSCOMB:
22       Q.    Ms. Murphy, I'm going to show you
23   what I have just marked as Exhibit G.  Can you
24   tell me what this is?
25       A.    Looks like the registered-mail
```

Page 42

                    LAURIE M. MURPHY

1

2    receipt.

3          Q.     And it was signed by whom?

4          A.     I have no idea.  I don't know.  I

5    don't know who that -- I don't recognize

6    that --

7          Q.     Signed by an M. Rice.  Do you know

8    that person?

9          A.     No.

10         Q.     It was dated -- well, can you

11   indicate the date of it?

12         A.     February 24th, 2012.  It may have

13   been signed for by someone in the lobby at the

14   front desk.  I don't recognize that name,

15   though.

16         Q.     In light of the subpoena being

17   dated February 20th and the certified-mail

18   receipt being dated the 24th, do you have any

19   reason to doubt that Hotwire received it on --

20   received the subpoena on the 24th?

21         A.     No.

22         Q.     What does Hotwire do when it

23   receives a subpoena?

24         A.     Usually, it comes to me.

25         Q.     How quickly do you try to enter the

Page 43

1              LAURIE M. MURPHY

2    relevant information into the DHCP system?

3         A.     Normally, I -- when I receive a

4    subpoena, I send my request off to a tech that

5    day because I know it's a long process.  So I

6    will send an e-mail to the tech that Hotwire

7    has received a subpoena, here's the IP address,

8    and then, depending on what the subpoena is

9    asking for -- address, MAC address, whatever,

10   phone number, e-mail -- put that in the

11   e-mail -- pardon me -- e-mail to the tech and

12   then wait for them to respond.

13        Q.     Is it your understanding that the

14   tech then puts that information -- puts -- puts

15   the information requested by the subpoena into

16   the DHCP system?

17        A.     I don't know if I would say they

18   put it into the system.  They go to that system

19   to try to see --

20        Q.     They query the system?

21        A.     -- yes, if there's a record of that

22   subscriber on that date -- on the use date

23   provided in the subpoena.

24        Q.     And is it Hotwire's business

25   practice to conduct that query of the DHCP

Page 44

```
 1                    LAURIE M. MURPHY
 2    system within a week of the receipt of the
 3    subpoena?
 4          A.    I'd say it's normally within a
 5    week.
 6          Q.    Is it ever longer than two weeks?
 7          A.    I don't -- I can't think of an
 8    instance when it was.
 9          Q.    So if Hotwire received the subpoena
10    on the 24th, the hit date was February 6th and,
11    at most, Hotwire took another 14 days to
12    process the request after receiving the
13    subpoena, you would still be within the
14    two-month window of data retention used by the
15    DHCP system.  Correct?
16                MR. FERREIRO:  Object to form.
17                THE WITNESS:  Correct.
18    BY MR. LIPSCOMB:
19          Q.    Did you understand my question?
20          A.    I did.
21                MR. LIPSCOMB:  Francisco, what was
22        wrong with the question?
23                MR. FERREIRO:  It wasn't a
24        question.
25                MR. LIPSCOMB:  It called for a
```

Page 45

1                        LAURIE M. MURPHY

2          yes-or-no answer.   It was a question.

3     BY MR. LIPSCOMB:

4          Q.      Was the hit date within the -- the

5     hit date for Leo Pelizzo of February 6th, 2012,

6     within the data retention period for the DHCP

7     system?

8          A.      It should have been, yes.

9          Q.      It should have been because it's

10    within two months, and the DHCP saves data for

11    two months.   Correct?

12         A.      That's correct.

13         Q.      And you have no reason to believe

14    that it was not within the DHCP data retention

15    period.   Correct?

16         A.      Correct.

17         Q.      I want to go back to the port issue

18    again and, specifically, the possibility of

19    errors occurring in the identification process.

20              To the best of your understanding,

21    as you sit here today, the only possibility of

22    a correlation error that is within the data

23    retention period for the DHCP system is if

24    there is a misidentified port at the building

25    level.   Is that correct?

```
 1                    LAURIE M. MURPHY

 2              MR. FERREIRO:  Object to form.

 3              MR. LIPSCOMB:  You can answer.

 4              THE WITNESS:  Did you say the only

 5         way there could be a misidentification?

 6    BY MR. LIPSCOMB:

 7         Q.     An incorrect correlation between an

 8    IP address and a human using the DHCP system so

 9    long as the hit date is within the data

10    retention period, to the best of your

11    knowledge, the only way to create a false

12    correlation is if there is a problem at the

13    port level in the building?

14              MR. FERREIRO:  Object to form.

15    BY MR. LIPSCOMB:

16         Q.     Is that a fair summary of your

17    testimony?

18         A.     I think it's -- a problem at the

19    port is one problem, but there's another

20    problem with -- which I'm afraid our tech

21    person, when I just looked at my notes, will

22    have to explain in detail because I cannot.

23    But apparently, there can also be a disconnect

24    between that server -- that DHCP server address

25    and MAC address and the actual IP.
```

Page 47

LAURIE M. MURPHY

1

2        I can read you exactly what they

3   said, but I don't have the background to

4   understand what it means.

5        Q.     Please read me what it says and

6   identify the author.

7        A.     Okay.  The author's name is -- I

8   don't know how to pronounce it -- it's R-A-G --

9   I'm sorry, R-A-J-A-S-E-G-A-R.  That's the first

10  name.  And he goes by Raj, R-A-J.  And the last

11  name is S-E-L-V-A-R-A-J.

12        So, basically, he said:  "We will

13  be inconclusive in identifying an IP address if

14  one of the following scenarios: no associated

15  IP MAC info found in the server logs on the

16  date in question."  That's number one.

17        Number two:  "If the IP MAC address

18  in the DCHP [sic] server is different from the

19  current IP MAC address that we found on the

20  network."

21        And the third is:  "If the IP

22  address is coming from a wireless access

23  point."

24        So on the second one, I don't

25  understand what the difference is between the

Page 48

1                    LAURIE M. MURPHY
2    DCHP [sic] server and the network.
3         Q.    If Hotwire's investigation was
4    inconclusive for one of the three reasons set
5    forth in Raj's explanation, wouldn't Hotwire
6    report it as being inconclusive instead of it
7    being a specific person?
8         A.    Yes.  If that's what he means by
9    "inconclusive" here, then no address at all
10   found, then, yes.
11        Q.    It is quite normal for us, as in
12   the attorneys for copyright owners who issue
13   subpoenas, to get back responses from Internet
14   service providers saying cannot correlate.
15                MR. FERREIRO:  Object to form.
16                THE WITNESS:  Right.
17                MR. LIPSCOMB:  Background
18        predicate.
19   BY MR. LIPSCOMB:
20        Q.    Do you, Hotwire, ever send such
21   notices?
22        A.    Yes.
23        Q.    And that would be an inconclusive
24   response.  Correct?
25        A.    Yes.

```
 1                    LAURIE M. MURPHY
 2        Q.      But when you send back the identity
 3   of a person, Hotwire has made the determination
 4   that that -- it was able to conclude that there
 5   was a correlation it could make.  Correct?
 6        A.      Yes.
 7        Q.      So again, understanding and
 8   summarizing your testimony, given that you
 9   identified Mr. Pelizzo in your response to our
10   subpoena and that it was within the two-month
11   data retention period for the DHCP system, the
12   only basis upon which you know that an error
13   could have occurred is if there was a
14   misidentified port at the building level.  Is
15   that correct?
16             MR. FERREIRO:  Object to form.
17             MR. LIPSCOMB:  I'm asking her the
18        question if my summary of my statement is
19        correct.
20             MR. FERREIRO:  I think you
21        mischaracterized her earlier testimony.
22   BY MR. LIPSCOMB:
23        Q.      Is the summary of what -- is what I
24   just said correct -- a correct summary of your
25   testimony?
```

Page 50

LAURIE M. MURPHY

1

2      A.      From what my knowledge is, I would

3  say -- and what I have spoken about today, I

4  would say, yes, the error would be tied to the

5  port.  Whether I -- I do not have the technical

6  knowledge to know if there are other

7  possibilities.

8      Q.      Who would, at Hotwire, be able to

9  tell me if there are any other possible ways

10  that a misidentification could occur other than

11  the possibility of a misrouted wire going into

12  a port system?

13      A.      Probably either Raj or Chris Rios.

14          MR. FERREIRO:  Can you spell that

15      last name?

16          THE WITNESS:  It's R-I-O-S.

17  BY MR. LIPSCOMB:

18      Q.      If somebody left their computer

19  running for a year, would the Internet open?

20      A.      What?

21      Q.      If somebody left their computer

22  on --

23      A.      Just on, but not logged on to the

24  Internet?

25      Q.      You don't log on to the Internet;

```
 1                LAURIE M. MURPHY
 2   you open an Internet browser.  Right?
 3        A.    Okay.
 4        Q.    So if you open up, like, Windows
 5   Explorer --
 6        A.    Okay.
 7        Q.    -- then you're on a browser and
 8   your computer is on it.  Correct?
 9              MR. FERREIRO:  Object to form.
10   BY MR. LIPSCOMB:
11        Q.    Under that hypothetical, where your
12   computer is running for a year and you've got
13   Windows Explorer on, your IP address at
14   Mr. Pelizzo's building wouldn't change.
15   Correct?
16        A.    I don't know.
17              MR. FERREIRO:  Objection.
18   BY MR. LIPSCOMB:
19        Q.    Didn't you tell me that it only
20   changes if you're not using the Internet for
21   24 hours?
22        A.    Yes.
23        Q.    So if the Internet was open, you
24   would always be using it.  Correct?
25              MR. FERREIRO:  Object to form; it's
```

Page 52

1                    LAURIE M. MURPHY
2        vague.
3                  THE WITNESS:  I would just have to
4        assume that.  I don't know anybody
5        that's -- if there's such a possibility.
6        So I would assume that IP address would
7        stay with that computer if there's no
8        activity.  I just don't know.
9    BY MR. LIPSCOMB:
10        Q.     It's possible that Mr. Pelizzo kept
11   the same IP address for ten months straight?
12        A.     Is it possible?
13        Q.     Yes.
14        A.     I guess it's possible.  I -- I -- I
15   don't know.
16        Q.     Is it possible?
17        A.     Possible.
18                MR. LIPSCOMB:  Okay.  Francisco, I
19        don't have any more questions.  Do you
20        have any questions?
21                MR. FERREIRO:  I do.  Do you mind
22        if I take a five-minute break and I'll
23        call you right back and look over my
24        notes?
25                MR. LIPSCOMB:  Sure.

Page 53

1              LAURIE M. MURPHY

2              MR. FERREIRO:  Okay.  I'll call

3      right back.

4                     - - -

5              (Recess 5:11-5:20 p.m.)

6                     - - -

7      BY MR. FERREIRO:

8         Q.     Ms. Murphy, as I mentioned earlier,

9      my name is Francisco Ferreiro, and I'm the

10     attorney for Leo Pelizzo.

11        A.     Yes.  Hello.

12        Q.     Referring back to Exhibit D, do you

13     recall that's the -- Hotwire's Acceptable Use

14     Policy?  Is that accurate?

15        A.     Hold on one second.  D?  Acceptable

16     Use Policy, yes.

17        Q.     I think it's your testimony that

18     this document is not sent directly to

19     subscribers?

20        A.     That's correct.

21        Q.     Okay.  Is a link to the website on

22     which the document appears sent to subscribers?

23        A.     It is not sent to subscribers.  In

24     the case of the property where Mr. Pelizzo

25     resides -- I think it's Quantum on the Bay --

Page 54

LAURIE M. MURPHY

```
 1                   LAURIE M. MURPHY
 2    because it's a bulk property, the management of
 3    the building, they are the ones who communicate
 4    the Hotwire information to the subscribers.
 5                   So because each building -- on the
 6    Hotwire website, each building has its own
 7    page.  So a resident would log into the Quantum
 8    page, they find out all the channels that were
 9    available to them, maybe different events going
10    on in the community, things like that.
11         Q.     And do you know who sends the
12    latest copy of the Acceptable Use agreements to
13    the managers of bulk properties?  Do you
14    understand the question?
15         A.     Yes.  I don't think anyone sent a
16    hard copy.  I think the standard procedure is
17    that the information would be communicated that
18    those documents are available online.
19         Q.     Is there any agreement or formal
20    procedure in place between Hotwire and bulk
21    property managers as to how this information is
22    supposed to be disseminated?
23         A.     Not to my knowledge.
24         Q.     And I believe it's your testimony
25    that, as part of your role, you manage telecom
```

1                    LAURIE M. MURPHY

2    regulatory matters and receive and review

3    subpoenas.  Is that accurate?

4         A.    That's correct.

5         Q.    When you received the subpoena that

6    was marked as, I believe, Exhibit F, who did

7    you confer with at Hotwire?

8         A.    In order to obtain the information?

9    Is that what you're asking?

10        Q.    That's right.  When you receive a

11   subpoena for --

12        A.    I would have sent the IP address to

13   Hotwire's tech, who I believe at that time was

14   Milton Davidson.  He is no longer with the

15   company.

16        Q.    Can you spell his name?

17        A.    It's M-I-L-T-O-N.  And last name is

18   Davidson, D-A-V-I-D-S-O-N.  He was my

19   primary --

20        Q.    I think you mentioned you were

21   fairly certain it was him, or are you sure it

22   was him?

23        A.    If you will hold on for one second,

24   I will look in my notes.

25        Q.    Sure.

Page 56

1                    LAURIE M. MURPHY

2        A.      (Reviewing.)   It was Milton.

3        Q.      It was Milton?

4        A.      It was Milton, yes, on

5    February 20th, 2012.

6        Q.      And he ceased working for Hotwire

7    on what date?

8        A.      I'm sorry, I couldn't understand

9    that.

10        Q.      He ceased working at Hotwire on

11    what date?

12        A.      Oh, geez.   I'm guessing maybe six

13    months ago.

14        Q.      So you would have received a

15    subpoena and you would have e-mailed Milton.

16    Can you describe what would happen after that

17    point?

18        A.      I send him the IP address, and then

19    once he is able to either identify the

20    subscriber or find out that there's no way to

21    identify the subscriber, then he would send an

22    e-mail back to me.   I normally list what's

23    requested in the subpoena and ask that he

24    provide that information back to me.

25        Q.      Have you maintained those e-mails?

1                    LAURIE M. MURPHY

2     Do you have access to those e-mails?

3          A.    I do.

4          Q.    And when you say Milton is able to

5     identify the IP address, who is he -- is this

6     process done independently by the tech, or is

7     it received by any other employees?

8          A.    No, this was something that he just

9     did on -- without any -- having to consult with

10    anyone, if that was --

11         Q.    Is there any process in place to

12    corroborate the information that the tech comes

13    back with regarding the subscriber associated

14    with the IP address?

15         A.    Well, from a technology side, not

16    that I'm aware of.  Normally, what I would do

17    would be to go into the Hotwire billing system

18    just to make sure that person was actually a

19    Hotwire subscriber on the use date.  So once I

20    have an ID, just because of the -- how

21    inconclusive the IDs can be.  So I want to make

22    sure that at least that person was a subscriber

23    in that building at that address on the use

24    date.

25         Q.    So your testimony is that you

Page 58

LAURIE M. MURPHY

1
2  receive a request for information, you pass
3  that along to the tech, the tech conducts the
4  search for the IP address and subscriber's
5  information independently, he gets it back to
6  you; and you thereafter conduct a search to
7  make sure the individual identified is, in
8  fact, a subscriber of the Hotwire service?
9       A.    Yes.
10      Q.    Now, you mentioned that mislabeling
11  of the port was one possible means by which the
12  wrong subscriber might be correlated to an IP
13  address?
14      A.    Correct.
15      Q.    Was there any efforts made to
16  verify that Mr. Pelizzo's port had been, in
17  fact, correctly labeled?
18      A.    No.
19      Q.    I think it's your testimony that
20  that information is only verified if a
21  subscriber upgrades his or her service?
22      A.    I wouldn't say that's the only
23  time, but that would be a time when that would
24  happen.  I know --
25      Q.    Can you think of any other examples

Page 59

1                    LAURIE M. MURPHY

2    where that might be verified?

3         A.    I'm trying to think.  I know there

4    have been instances with law enforcement where

5    if it's a child-endangerment situation or

6    something like that, then the tech will go out

7    and confirm the port, but not -- I can't say

8    honestly that that's happened very often.

9         Q.    Were you aware of any instances

10   where the ports were, in fact, mislabeled?

11        A.    I am not aware of an instance where

12   a port was mislabeled.

13        Q.    I want to refer to what was marked

14   as Exhibit E.  That was your April 5th, 2012,

15   response to the subpoena.

16        A.    Okay.

17        Q.    Will you agree with me that there's

18   a block to the left of which is labeled Feature

19   No. 34?  Is that to say that the information

20   within that block is the subscriber

21   information?

22        A.    That's correct.

23        Q.    And does Hotwire compile subscriber

24   information?

25        A.    I'm not sure I understand that

Page 60

1               LAURIE M. MURPHY

2    question.

3        Q.    Is the subscriber provided to

4    Hotwire by the HOA at the building?

5        A.    I believe it is, yes.

6              MR. LIPSCOMB:  Francisco, just for

7         the record, the Number 34 correlates to

8         the Doe number in the bill of discovery

9         suit.

10   BY MR. FERREIRO:

11       Q.    Do you know how many total units

12   are located in the Quantum of the Bay apartment

13   complex?

14       A.    I do not.

15       Q.    So it's your testimony that the HOA

16   compiles all the subscriber information for the

17   individual subscribers to provide that

18   information to Hotwire?

19       A.    I believe that's the case.

20       Q.    Does Hotwire take any steps to

21   ensure that the subscriber information is

22   accurate?

23       A.    I -- not that I'm aware of.

24       Q.    Is there a specific contact person

25   at the HOA Hotwire deals with?

Page 61

1               LAURIE M. MURPHY

2       A.      Well, the contract is with the

3  homeowners association for the services, but

4  then there is the building, I guess, manager

5  who handles things on a regular basis.  So I

6  don't know who that person is, but I believe

7  that Hotwire would have an account -- a Hotwire

8  account manager for that building, Quantum on

9  the Bay, and then that account manager would

10  interact with the building manager.

11      Q.      Do you know who Hotwire's account

12  manager is for Quantum on the Bay?

13      A.      I do not.

14      Q.      Now, obviously, when you're dealing

15  with a large building, you're going to have a

16  lot of shuffling between who occupies the units

17  and you have rentals.  Do you know how often

18  the subscriber information is updated in

19  Hotwire's records?

20      A.      I do not.

21      Q.      Do you know if there's any sort of

22  policy in place as to when Quantum on the Bay

23  should provide Hotwire with the latest

24  subscriber information?  I could rephrase that

25  if that was confusing.

Page 62

1                    LAURIE M. MURPHY

2        A.      I'm not aware.  It doesn't mean it

3   doesn't exist, but I'm not aware of it.

4        Q.      Do you have a way of determining

5   who Hotwire's account manager is for that

6   building for Quantum on the Bay?

7        A.      Do you mean right now?

8        Q.      In general.

9        A.      I'm sorry?

10        Q.      In general.

11        A.      Oh, in general.  Oh, absolutely.

12   And again, because this -- Hotwire's contract

13   with Quantum is for bulk services.  Since

14   Hotwire provides services to all of the units,

15   the individual details are not that important;

16   it's just Quantum will contract for 500 units

17   at X dollars for phone, Internet, cable,

18   whatever package they get, and that's what

19   Hotwire provides.

20              So the individual subscriber

21   information, again, unless it comes to

22   something specific that they need for their

23   account, is not that big of an issue for

24   Hotwire.

25        Q.      Okay.  Going back to the

Page 63

LAURIE M. MURPHY

1
2  mislabeling-of-ports issue.  If, in fact, the
3  port had been mislabeled, can you identify how
4  that might have occurred?
5       A.     I don't know how that would happen.
6       Q.     Do you know who would be able to
7  answer that question?
8       A.     Probably either Raj or Chris.  Raj,
9  I can't pronounce his last name, or Chris Rios.
10      Q.     Would human error on the part of
11  someone -- the person responsible at Quantum on
12  the Bay for providing subscriber information to
13  Hotwire be a potential explanation for why a
14  port may be mislabeled?
15      A.     From someone from Quantum on the
16  Bay?  I -- I don't think they are the ones
17  labeling the ports.  I think it would be a
18  Hotwire tech, if I'm understanding your
19  question, so...
20      Q.     When they label the port, are they
21  relying on information given to Hotwire by
22  Quantum on the Bay as to who the occupants of
23  the building -- of the unit is?
24      A.     I'm not sure.  In some instances,
25  especially in Florida, with the new condo

Page 64

1                    LAURIE M. MURPHY
2      buildings, frequently Hotwire has the original
3      contract when the building was built and may
4      have gone in and done all of the prewiring; or
5      they could come in after the fact and another
6      carrier's gone away and now Hotwire has taken
7      over the accounts.  So I don't know offhand who
8      labeled the ports at Quantum.
9           Q.     Now, assuming Quantum on the Bay
10     has 700 units, can you estimate how many IP
11     addresses would be available for all of those
12     residents?
13          A.     I can't answer that.  I think it's
14     different for every building.
15          Q.     I think you mentioned that if a
16     user is not using their system for 24 hours,
17     their IP address will be reassigned?
18          A.     That's what the lease time is.  So
19     if it's needed and it hasn't been used, then it
20     will be reassigned.
21               MR. LIPSCOMB:  Would or could?
22          Would definitely -- sorry, Francisco, this
23          is Keith.
24               Would definitely or could possibly?
25               THE WITNESS:  If it's not being

Page 65

                    LAURIE M. MURPHY
 1
 2      used and someone needs it, to my
 3      knowledge, it would be assigned.  That's
 4      what the...
 5             MR. LIPSCOMB:  If someone needs it,
 6      it would be assigned?
 7             THE WITNESS:  It would be assigned.
 8             MR. LIPSCOMB:  And if they didn't
 9      need it...
10             THE WITNESS:  It could sit there.
11      If there wasn't a demand, then -- but,
12      yeah, if there's a time and someone is not
13      using their IP address, then it would be
14      taken.
15             MR. LIPSCOMB:  Sorry, Francisco.
16  BY MR. FERREIRO:
17      Q.     Is there any other reason why the
18  IP address associated with a unit might switch
19  out in less than 24 hours?
20      A.     Not that I'm aware of.  I've never
21  heard of that.
22      Q.     So, for example, if I unplugged a
23  device internally and plugged it into a
24  wireless router, do you know if that would
25  change the IP address associated with the

LAURIE M. MURPHY

1

2  server?

3      A.      Yeah, I cannot answer that.

4      Q.      So would your tech -- would Raj or

5  Chris Rios be able to answer that?

6      A.      Most likely, yes.

7      Q.      Now, referring back to what was

8  marked as Exhibit E, is there anything in this

9  document that indicates the hit date that was

10  associated with the IP address in question?

11      A.      The use date?

12      Q.      No, the hit date.

13      A.      Are you saying, "hit date"?

14      Q.      Is there anything within Exhibit E

15  that references the date for which the

16  subscriber information was captured for the IP

17  address in question?

18      A.      Not that it's spelled out in my

19  response, no.

20      Q.      And you mentioned earlier that

21  Milton Davidson would have been provided with

22  the IP address and the date for the search to

23  be conducted and would have done that search

24  thereafter?

25      A.      Correct.

Page 67

1                    LAURIE M. MURPHY

2        Q.      Are you aware of any document that

3   references the date for which that search was

4   conducted?

5        A.      I don't -- I'm not aware of it.  I

6   would -- I would have to look back in the

7   files.  Normally, he would just send his

8   response.

9        Q.      I'm sorry, could you repeat that

10  last part?

11       A.      Normally, he would just e-mail back

12  to me with either couldn't locate or the

13  information that he was able to find.

14       Q.      But he would have been provided

15  with a specific date you correlated the IP

16  address to the subscriber?

17       A.      Yes, I'm sorry.  I thought you were

18  asking the date that he went into the DHCP

19  server or whatever the heck -- I misunderstood

20  your question, then.

21       Q.      Is there any document evidencing

22  when -- on what date Milton was directed to go

23  and search for the subscriber information

24  associated with the IP address?

25       A.      Yes, there would be an e-mail.

Page 68

1                    LAURIE M. MURPHY

2                    THE REPORTER:  I'm sorry.  Could

3          you --

4                    MR. FERREIRO:  Let me rephrase.

5     BY MR. FERREIRO:

6          Q.      Were there any documents evidencing

7     dates on which Milton was instructed to go and

8     correlate the IP address with a specific

9     subscriber?

10          A.      Yes, there would be an e-mail.

11          Q.      And once Milton went and conducted

12     the inquiry, would he have any documents, you

13     know, say, a printout of the search results

14     that would evidence that he had actually gone

15     in and searched for that specific date?

16          A.      That would be very unusual.  The

17     only time I think I've seen not a printout, but

18     a screenshot is when he couldn't find

19     something.  And then it would just be a hit of

20     the IP address and no ID or whatever the

21     information that came up.  But if he found an

22     ID, then no.  No document -- he would just

23     e-mail me back.

24          Q.      So let's say hypothetically that he

25     was searching for a subscriber with whom this

1          LAURIE M. MURPHY

2    IP address correlated on February 26.  He would

3    conduct that search and then normally he would

4    not have a screenshot or any sort of document

5    trail, evidence, that he actually did search

6    for that information on that specified date?

7          A.     Correct.  Normally, there would not

8    be a screenshot or a document; he would just

9    respond back in the e-mail with the subscriber

10   name and whatever else I requested.

11         Q.     And would there be any way of

12   tracking that a search was conducted either

13   through the DHCP server records or any other

14   form of electronic records?

15         A.     I doubt it.  To track his search?

16   The tech guys could answer that, but I doubt

17   it.  But they could state for sure one way or

18   the other.

19         Q.     You previously outlined three

20   scenarios that might explain why a subscriber

21   had been incorrectly identified or associated

22   with an IP address.  Is that correct?

23              MR. LIPSCOMB:  Objection.  I think

24         that mischaracterizes.  What she said is

25         there's three reasons that it can't

Page 70

LAURIE M. MURPHY

1

2          come -- that it could come without the

3          identity of a person; in other words, that

4          it's inconclusive.

5    BY MR. FERREIRO:

6          Q.     Would you agree with me that if a

7    port is mislabeled and a search is conducted

8    for the IP address associated with that

9    subscriber that the results would not be

10   conclusive?

11         A.     I'm sorry.  I did not understand

12   that question.

13         Q.     Let's say there's -- a unit's port

14   was incorrectly identified or associated -- or

15   mislabeled and a search is conducted for that

16   IP address.  Would that result in an

17   inconclusive result, or would that result in

18   the wrong person being associated with an IP

19   address?

20         A.     That would be the wrong person.  If

21   the port -- it would provide an identity, and

22   there would be no way of knowing that the port

23   was incorrectly labeled if the ID came up.

24         Q.     Okay.  And I believe you mentioned

25   two other scenarios where the wrong person

Page 71

1                    LAURIE M. MURPHY

2      might be identified.  Is that correct?

3                    MR. LIPSCOMB:  Objection.

4                    THE WITNESS:  I think the other two

5            scenarios were when the tech said the

6            identification would be inconclusive, so

7            they were not able to identify the person.

8            So one would be -- if it was accessed

9            through the wireless access point, and the

10           other was a disconnect between the records

11           on the DHCP server and the -- I guess the

12           Hotwire network.

13     BY MR. FERREIRO:

14           Q.    Would you agree with me that an

15     additional reason for the wrong person being

16     identified could be entered by Milton in

17     inputting which date the IP address he was

18     searching would correlate to a subscriber?

19           A.    Well, if someone made an error,

20     then I suppose that could be true.

21           Q.    So, for example, if Milton is

22     instructed to search for the subscriber

23     associated with the IP address on February 26,

24     but he incorrectly types November 26 --

25                    THE REPORTER:  I'm sorry.  I can't

Page 72

```
 1              LAURIE M. MURPHY
 2       make out what he's saying.
 3              MR. LIPSCOMB:  Francisco, because
 4       she couldn't hear you, let me just try and
 5       summarize.
 6              What he said was one possible
 7       reason that there could be an incorrect
 8       identification of an actual person would
 9       be if Milton, the tech at Hotwire, put in
10       instead of date 1/1/2012 1/11/2012.  And
11       if Milton made that kind of mistake, he's
12       asking if that could result in the
13       delivery of an inaccurate name to Hotwire.
14              Do you understand the question?
15              THE WITNESS:  I understand the
16       question.  So if Milton -- to sum it up,
17       if Milton made a mistake, it's possible
18       that the ID could be incorrect.
19  BY MR. FERREIRO:
20       Q.     And is it correct that there would
21  be -- generally speaking, there's no way to go
22  and verify that a hit occurred?
23       A.     I'm sorry, that what occurred?
24       Q.     Is it accurate to say that,
25  generally, if Milton had input a wrong date,
```

Page 73

                        LAURIE M. MURPHY
1
2    there would be no way for you to go and verify
3    that that had occurred?
4         A.     I can't answer that.  Someone on
5    the technology side would have to answer if
6    Hotwire maintained those kinds of records.
7         Q.     You mentioned that a MAC address is
8    normally provided in response to a subpoena
9    request?
10        A.     That's correct.  If it's asked for.
11        Q.     Would you agree that it was asked
12   for in this case?
13        A.     Do I agree that it was asked for?
14        Q.     Yeah.
15             MR. LIPSCOMB:  Francisco, I'm
16        looking at the subpoena.  It's not on the
17        original Bill of Discovery Subpoena.
18             Just by way of background, we had
19        asked every ISP in that subpoena to over
20        430 across the country, and we routinely
21        and constantly ask for MAC addresses and
22        never got back one from any ISP ever.  And
23        I think at some point, after all of those
24        failures, we stopped including the request
25        for a MAC address.

1              LAURIE M. MURPHY

2              And I'm learning, for the very

3       first time in this deposition, that

4       somebody actually could have possibly

5       given me a MAC address.  So that's the

6       back story on the MAC address.

7              MR. FERREIRO:  Okay.  I was just

8       mentioning it wasn't included in the

9       original order from the court.

10  BY MR. FERREIRO:

11       Q.    And I think you testified earlier

12  that you may be able to track down that MAC

13  address now?

14       A.    What I would be able to do is, look

15  at the e-mail response from Milton because,

16  just as a matter of course, the techs provide

17  the MAC address.  It's just what they do.  So

18  it would be -- yeah.

19       Q.    So that would be going back and

20  verifying -- or going back and checking to see

21  whether Milton ever provided that information

22  would be the only means of obtaining that MAC

23  address?

24       A.    Well, it would be the only way to

25  know the MAC address that was married up to the

Page 75

1                LAURIE M. MURPHY

2    IP and the ID of Mr. Pelizzo all tied together.

3    So at that one snapshot in time when he ID'd

4    Leo Pelizzo, he ID'd a specific MAC address

5    tied to an IP.

6        Q.    So after that, I think it's your

7    testimony that these records are only kept for

8    two months on a server?  Is that accurate?

9        A.    Which records?

10       Q.    If I wanted to find the MAC address

11   associated with the IP address that's tied to

12   Mr. Pelizzo on over two months from today,

13   would that be possible?  Aside from checking

14   Milton's records?

15           MR. LIPSCOMB:  Francisco, this is

16       Keith, and I don't mean to interrupt you,

17       but are you asking is it possible to query

18       the DCHP [sic] system over two months?

19           MR. FERREIRO:  Right.  To obtain a

20       MAC address.

21           THE WITNESS:  To my knowledge, the

22       records are only kept for two months.

23   BY MR. FERREIRO:

24       Q.    Does Hotwire provide subscribers

25   with Internet devices like routers or modems?

Page 76

1                    LAURIE M. MURPHY
2     Are those provided to subscribers by Hotwire?
3          A.    I believe they are.
4          Q.    Okay.  And is that -- would you
5     provide the building with, let's say, you
6     know --
7                THE REPORTER:  I'm sorry?
8     BY MR. FERREIRO:
9          Q.    Do you provide modems and wireless
10    routers directly to subscribers?
11         A.    Well, I don't believe that's the
12    case.  I believe a tech would have to go out
13    and do the hookup.
14         Q.    Do you keep records of when a
15    particular unit owner is provided with a
16    device?
17         A.    Yeah, I can't answer that.  Yeah,
18    I'm not sure.  I would think that they --
19         Q.    Do you know if Hotwire has a means
20    of personally identifying each individual
21    device by way of, say, bar code or other
22    identifying information?
23         A.    I don't know -- I don't know -- in
24    theory, yes, but that's as long as the tech --
25    if a tech has to go out and replace a modem or

1                    LAURIE M. MURPHY

2    something, that they then delete the old modem

3    from the system and log in the new one.

4              So I don't know what their actual

5    procedure is.  And I'm sure every area and

6    every -- well, maybe not building, but, yeah,

7    somebody -- yeah, somebody, not me, could maybe

8    answer that.

9         Q.    I don't know if you mentioned this,

10   but let's say I purchased a unit at Quantum on

11   the Bay.  I want to set up Internet.  I don't

12   have my own router or modem.  I want to

13   initiate Internet service.  Do you know

14   typically how that occurs, what the procedure

15   is for being able to obtain your Internet

16   service and devices?

17        A.    Other than the service call being

18   set up with dispatch for somebody to go out and

19   take that service call, but the specific

20   details of what the tech does and how they keep

21   a record of what equipment they've installed, I

22   can't answer that.

23        Q.    Do you know what time zone was used

24   to capture the date and times associated with

25   subscriber information for that IP address?

Page 78

1          LAURIE M. MURPHY

2          MR. LIPSCOMB:  (Handing.)  See if

3     that refreshes your recollection.

4          THE WITNESS:  Well, what's -- the

5     exhibit has --

6  BY MR. FERREIRO:

7     Q.    When Milton went in and captured

8  the information, the IP address associated with

9  the subscriber, do you know what time zone the

10  time was inputted as?

11     A.    I wouldn't -- I'd give him the

12  date, not the minute.  So since the

13  subscriber's in Florida, I think it would -- I

14  don't -- I don't know anything about time

15  zones.  I don't give him any information about

16  time zones.

17     Q.    Okay.  What about, do you provide

18  the tech with any information about a specific

19  time of day?

20     A.    No.

21     Q.    So is it accurate to say that the

22  tech is given a date, and then they may

23  arbitrarily choose the time of day to search

24  for the connection between the IP address and

25  the subscriber?

```
1                    LAURIE M. MURPHY
2        A.     Yes.
3        Q.     Is there any way of tracking what
4    specific time Milton searched for in
5    associating that IP address with Mr. Pelizzo?
6        A.     I don't know.
7        Q.     Do you know what increments the
8    DHCP server records at?
9        A.     I do not.
10       Q.     Did you ever send out any
11   notification to Mr. Pelizzo that subscriber
12   information was being provided to Malibu?
13       A.     Initially, no.  After Hotwire
14   responded with the answers in Schedule A -- I'm
15   trying to think.  Oh.  Actually, before Hotwire
16   responded to the -- that subpoena, I sent a
17   notice -- I believe I sent a notice to
18   Mr. Pelizzo to give him time to object and
19   never heard anything, so Hotwire responded.
20       Q.     Do you have a copy of that
21   correspondence?
22       A.     Yes.
23       Q.     Do you know what the date on that
24   was?
25       A.     Not off the top of my head.
```

Page 80

1                LAURIE M. MURPHY

2        Q.      Let's say I have a browser open on

3    my computer that's open to, let's say, Google.

4    It's open at my home, and it's open on my

5    computer.  Is it your understanding that it

6    would time out and the user would be logged

7    out?

8        A.      I did not understand that question.

9        Q.      Let's say I leave my computer open

10   to a website like Google, there's no action on

11   it, I leave my apartment, I go on vacation.  Do

12   you know, after a 24-hour period, whether that

13   computer would still be connected to the

14   Internet?

15       A.      Yeah, I can't answer that.

16       Q.      Are you able to give me an estimate

17   as to what percentage of time, in a search for

18   a subscriber, an IP correlation comes back

19   inconclusive from Hotwire?

20       A.      Oh, I couldn't even venture a

21   guess.

22       Q.      Would you say that's something that

23   occurs fairly often?

24       A.      I wouldn't say fairly often.

25       Q.      Would you say it's a rare

1                  LAURIE M. MURPHY

2    occurrence?

3              MR. LIPSCOMB:  Francisco, just to

4          clarify your question, because it's a

5          little ambiguous, did you mean if the

6          hit --

7              MR. FERREIRO:  I can rephrase.

8              MR. LIPSCOMB:  No, no, no.  Let me

9          just make the point.  If the hit date is

10         within the data retention of the DCHP

11         [sic] server or software, then does it

12         come back inconclusive?  Is that what you

13         meant?

14             MR. FERREIRO:  No.

15   BY MR. FERREIRO:

16       Q.     You mentioned, in responses to a

17   request for subscriber information associated

18   with an IP address, if the result would be

19   inconclusive, your response would be to the

20   request by stating that the identity is

21   inconclusive?

22             MR. LIPSCOMB:  Yeah, and they would

23         do that if it's either been deleted

24         because it's older than two months; or,

25         alternatively, because they couldn't

Page 82

1                 LAURIE M. MURPHY

2       resolve the IP or correlate the IP.  So

3       there's two different reasons that it

4       could happen: one, they deleted it; or,

5       two, they had a problem correlating it.

6             THE WITNESS:  Or it was through the

7       wireless access point.

8             MR. LIPSCOMB:  That would be a

9       problem correlating it.

10   BY MR. FERREIRO:

11       Q.     Are those the three only scenarios

12   that might occur?

13       A.     Of which I am aware today, yes.

14       Q.     And I assume a tech, either Raj or

15   Chris, would be better able to speak to those

16   points?

17       A.     Yes.

18       Q.     Is that accurate?

19       A.     Yes.

20             MR. FERREIRO:  Okay.  That's all

21       the questions I have.

22             MR. LIPSCOMB:  I have just one more

23       question.

24   BY MR. LIPSCOMB:

25       Q.     At Mr. Pelizzo's building, who pays

```
 1                    LAURIE M. MURPHY

 2   the bills?   The HOA or the individual apartment

 3   owners?

 4        A.       The HOA.

 5        Q.       The HOA pays the bills for the

 6   entire building?

 7        A.       Um-hmm.

 8                 MR. LIPSCOMB:   That's it.

 9                      - - -

10                 (Witness excused.)

11                      - - -

12                 (Deposition concluded at 6:06 p.m.)

13                      - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              C E R T I F I C A T E

 2

 3

            I do hereby certify that I am a Notary
 4    Public in good standing, that the aforesaid
      testimony was taken before me, pursuant to
 5    notice, at the time and place indicated; that
      said deponent was by me duly sworn to tell
 6    the truth, the whole truth, and nothing but
      the truth; that the testimony of said
 7    deponent was correctly recorded in machine
      shorthand by me and thereafter transcribed
 8    under my supervision with computer-aided
      transcription; that the deposition is a true
 9    and correct record of the testimony given by
      the witness; and that I am neither of counsel
10    nor kin to any party in said action, nor
      interested in the outcome thereof.
11
            WITNESS my hand and official seal this
12    _____ day of _____, 20
13

14

15    _____
                   Notary Public
16

17

18

19

20

21

22

23

24

25
```

[& - answer]

| & | | a | |
|---|---|---|---|
| **&** 2:3,9 | **24th** 42:12,18,20 44:10 84:11 | | 36:14 37:4,9,14,19 37:23 38:15 39:6,8 |

**&**

**&** 2:3,9

**1**

**1** 23:11
**1/1/2012** 72:10
**1/11/2012** 72:10
**100** 31:16
**12** 3:11
**124** 33:25
**125** 34:2
**13** 1:9 3:14
**14** 44:11
**15** 3:16
**18** 3:18 11:25
**19096** 8:21
**1995** 11:21
**1:12** 1:4

**2**

**2** 2:4 20:2
**20** 39:24
**200** 31:15
**2007** 9:19,25
**2011** 34:22
**2012** 18:2,3,11,14 19:19 20:24 36:11 40:25 41:9,12 42:12 45:5 56:5 59:14
**2013** 1:9 19:19 84:11
**208** 8:19
**20th** 36:11 40:25 41:12 42:17 56:5
**22768** 1:4
**23** 3:20
**24** 24:19 25:13 26:20 27:2 32:5,9 32:24 33:2,9 35:16 39:15,20,23 40:2,5 40:5,8 51:21 64:16 65:19 80:12
**24.236.22.207** 24:6
**24.238.22.207** 41:5

**24th** 42:12,18,20 44:10 84:11
**26** 69:2 71:23,24
**2800** 2:10

**3**

**3** 41:2
**30** 3:11 12:18
**300** 8:18
**305** 2:11
**33129** 2:10
**33131** 2:5
**34** 41:3,4,8 59:19 60:7
**347** 23:11
**3800** 2:4
**3:33** 1:14

**4**

**4/5/12** 3:20
**40** 3:21
**41** 3:22
**430** 73:20
**431-2228** 2:5
**44** 1:13

**5**

**5** 3:5
**500** 62:16
**53** 3:6
**5:11-5:20** 53:5
**5th** 59:14

**6**

**6** 3:11 12:18
**6:06** 83:12
**6th** 41:9 44:10 45:5

**7**

**700** 64:10
**786** 2:5

**8**

**82** 3:5
**858-8000** 2:11

**a**

**ability** 26:10 31:9 35:11
**able** 24:22 26:7,8 35:17 37:5,19 49:4 50:8 56:19 57:4 63:6 66:5 67:13 71:7 74:12,14 77:15 80:16 82:15
**absolutely** 6:9 19:25 62:11
**acceptable** 19:3,4,6 53:13,15 54:12
**access** 35:25 36:5 38:10 47:22 57:2 71:9 82:7
**accessed** 71:8
**accomplish** 20:8
**account** 61:7,8,9,11 62:5,23
**accounts** 64:7
**accurate** 21:18 53:14 55:3 60:22 72:24 75:8 78:21 82:18
**accurately** 30:23 39:15
**acronym** 27:20 36:6
**action** 1:4 80:10 84:9
**active** 32:14
**activities** 20:4
**activity** 52:8
**actual** 33:22 34:4 39:4 46:25 72:8 77:4
**add** 29:5
**addition** 14:11
**additional** 71:15
**address** 8:17,23 24:6,23 26:9,22 27:2,13 31:14 33:10 35:16,18,21,23,24 35:25 36:2,7,8,9,13

36:14 37:4,9,14,19 37:23 38:15 39:6,8 39:10,20,23,25 41:5 43:7,9,9 46:8,24,25 47:13,17,19,22 48:9 51:13 52:6,11 55:12 56:18 57:5,14,23 58:4,13 64:17 65:13 65:18,25 66:10,17 66:22 67:16,24 68:8 68:20 69:2,22 70:8 70:16,19 71:17,23 73:7,25 74:5,6,13 74:17,23,25 75:4,10 75:11,20 77:25 78:8 78:24 79:5 81:18
**addresses** 27:7,10 27:21 31:9,11,16 33:17 64:11 73:21
**admissibility** 16:21
**affect** 6:19,22
**aforesaid** 84:4
**afraid** 46:20
**afternoon** 5:10
**ago** 56:13
**agree** 59:17 70:6 71:14 73:11,13
**agreement** 54:19
**agreements** 54:12
**aided** 84:7
**alleged** 24:24
**allow** 6:5
**allowed** 7:13 19:7
**alphanumeric** 35:13
**alternatively** 81:25
**ambiguous** 81:5
**animal** 39:9
**annotated** 21:2
**answer** 4:3 5:22 7:7 7:9,24 22:17 37:18 45:2 46:3 63:7 64:13 66:3,5 69:16 73:4,5 76:17 77:8 77:22 80:15

[answering - changes]                                                      Page 86

answering 6:6
answers 79:14
anticipation 22:21
anybody 52:4
apartment 60:12
  80:11 83:2
apparently 46:23
appears 53:22
applicable 24:6
approved 1:16
approximately
  17:16
april 59:14
arbitrarily 78:23
area 77:5
aside 75:13
asked 37:17 73:10
  73:11,13,19
asking 6:18 10:24
  10:25 43:9 49:17
  55:9 67:18 72:12
  75:17
assign 32:18
assigned 24:5,10,11
  26:9 27:3,4 28:21
  31:12,12 38:18 41:4
  65:3,6,7
assigning 33:17
assignment 27:7
  33:20
assistant 9:21
associated 47:14
  57:13 65:18,25
  66:10 67:24 69:21
  70:8,14,18 71:23
  75:11 77:24 78:8
  81:17
associating 79:5
association 10:19,22
  28:8,20 61:3
associations 11:10
assume 52:4,6 82:14
assuming 64:9
attached 14:21

attachment 3:15
  14:6
attention 18:9
attorney 7:2 9:22
  11:3,9,24 53:10
attorneys 48:12
audibly 5:22
author 47:6
author's 47:7
automated 27:10
available 27:14
  31:19 36:17 54:9,18
  64:11
avenue 2:10 8:19
aware 6:22 18:4
  19:25 57:16 59:9,11
  60:23 62:2,3 65:20
  67:2,5 82:13

                b

b 3:8,11,14,19 12:18
  13:21 14:2 15:3
  21:8,11,13,25 22:12
  22:15
back 13:23 21:6
  24:19 25:16 26:24
  27:14 31:4,18 32:2
  34:20 35:22 36:14
  36:25 37:12,24
  39:10,21,24 40:2,6
  40:7 45:17 48:13
  49:2 52:23 53:3,12
  56:22,24 57:13 58:5
  62:25 66:7 67:6,11
  68:23 69:9 73:22
  74:6,19,20 80:18
  81:12
background 11:19
  26:17 47:3 48:17
  73:18
baker 2:3
bar 10:19,22 11:10
  11:20 76:21
barred 10:20,23

based 25:6
basic 34:23
basically 19:6 32:12
  47:12
basis 28:11 49:12
  61:5
bay 25:12 53:25
  60:12 61:9,12,22
  62:6 63:12,16,22
  64:9 77:11
believe 27:25 35:6
  38:25 45:13 54:24
  55:6,13 60:5,19
  61:6 70:24 76:3,11
  76:12 79:17
belongs 33:25
best 7:22 17:21
  18:12 19:18 20:20
  20:22 21:19 24:13
  45:20 46:10
better 82:15
big 62:23
bill 30:11 60:8 73:17
billed 29:22
billing 29:4 34:22
  57:17
bills 83:2,5
biscayne 2:4
bit 39:19
block 31:11 59:18
  59:20
boulevard 2:4
break 6:9,11 52:22
brought 18:8
browser 33:8 51:2,7
  80:2
building 25:11,13
  28:2,6,10 29:2,7,9
  29:22,25 30:6 31:12
  31:13,14 32:8,9
  33:11,23 34:7,9
  35:7 38:4 45:24
  46:13 49:14 51:14
  54:3,5,6 57:23 60:4
  61:4,8,10,15 62:6

63:23 64:3,14 76:5
  77:6 82:25 83:6
buildings 29:10,19
  38:11 64:2
built 64:3
bulk 28:6,15 34:7
  54:2,13,20 62:13
business 30:5,9
  43:24

                c

c 2:1 3:16 8:19 15:8
  15:12 16:11 84:1,1
cable 15:14 34:8,23
  62:17
call 32:7 52:23 53:2
  77:17,19
called 27:8 44:25
calls 19:2
capitalized 21:6
capture 77:24
captured 66:16 78:7
carrier's 64:6
carriers 31:15
case 1:4 7:15 13:12
  15:23 18:7 23:10
  28:5 53:24 60:19
  73:12 76:12
categorized 31:8
category 21:7
caused 18:10
caveat 24:17
ceased 56:6,10
cellphone 2:8
certain 55:21
certified 42:17
certify 84:3
chance 34:5
change 17:17,20
  18:6 38:16,17 51:14
  65:25
changed 17:12,13
  19:19 20:23
changes 17:19,25
  18:5 51:20

channels  54:8
characterize  24:9
  38:12 39:11
check  37:8
checking  74:20
  75:13
child  59:5
choose  78:23
chris  50:13 63:8,9
  66:5 82:15
circuit  23:12
civil  1:4 20:17
clarify  81:4
clarity  14:7
clean  39:13
client  10:9
closer  25:20
code  76:21
come  64:5 70:2,2
  81:12
comes  42:24 57:12
  62:21 80:18
coming  47:22
commencing  1:14
communicate  54:3
communicated
  54:17
communications
  3:16,18 8:7,9,10,15
  8:16,22 9:2,12,13
  13:3,6 15:19 19:5
community  54:10
company  1:13 9:7
  55:15
compare  19:24
compile  59:23
compiles  60:16
complete  14:18
complex  60:13
computer  24:22
  32:13 36:6 50:18,21
  51:8,12 52:7 80:3,5
  80:9,13 84:7
conclude  49:4

concluded  83:12
conclusive  70:10
condo  63:25
conduct  20:16 43:25
  58:6 69:3
conducted  66:23
  67:4 68:11 69:12
  70:7,15
conducts  58:3
confer  55:7
configuration  27:19
confirm  32:10 59:7
confirmed  37:10
confuse  9:15
confusing  61:25
connected  26:11
  80:13
connection  23:9
  78:24
connections  35:9
constant  24:11
constantly  73:21
constitute  20:16
constitutes  20:15
consult  57:9
contact  60:24
contain  36:14
contained  16:11
continue  7:8
continuously  9:25
contract  19:9 61:2
  62:12,16 64:3
contracts  9:7
control  22:6 36:5
copy  14:19 16:4,13
  16:22 36:12 54:12
  54:16 79:20
copyright  48:12
corporate  3:12
  12:18 22:16
corporation  8:11
correct  11:5,6,12,13
  12:18,20 13:4,6,7
  14:9,10,14,16,24,25
  15:4,22,24 16:3,4

16:22,23 18:16
  19:11 22:7,18,19
  24:8 25:8 26:23
  30:7,11 33:4,5,12
  33:14,15,20 35:4
  38:5 40:8 44:15,17
  45:11,12,15,16,25
  48:24 49:5,15,19,24
  49:24 51:8,15,24
  53:20 55:4 58:14
  59:22 66:25 69:7,22
  71:2 72:20 73:10
corrected  19:21
correction  18:14
correctly  58:17 84:6
correlate  24:23
  38:18 39:15,16
  48:14 68:8 71:18
  82:2
correlated  58:12
  67:15 69:2
correlates  35:3 60:7
correlating  82:5,9
correlation  45:22
  46:7,12 49:5 80:18
correspondence
  79:21
corroborate  57:12
counsel  9:21 17:5
  84:9
counsel's  18:9
country  73:20
course  16:25 34:13
  74:16
court  1:1,12,13 5:20
  6:2 11:12 23:12
  74:9
create  46:11
criminal  20:17
critical  26:6,9
current  47:19
custodian  3:12 13:5
custody  22:6
cv  1:4

                    d

d  3:2,18 8:20 18:20
  18:24 20:2 53:12,15
  55:18,18
dade  23:12
data  20:11 40:7
  44:14 45:6,10,14,22
  46:9 49:11 81:10
date  16:24 17:8
  19:23 24:6,16,24
  25:7 32:11 35:24
  39:8,16 40:4 41:7
  42:11 43:22,22
  44:10 45:4,5 46:9
  47:16 56:7,11 57:19
  57:24 66:9,11,12,13
  66:15,22 67:3,15,18
  67:22 68:15 69:6
  71:17 72:10,25
  77:24 78:12,22
  79:23 81:9
dated  36:11 40:24
  42:10,17,18
dates  68:7
davidson  55:14,18
  66:21
day  43:5 78:19,23
  84:11
days  11:22 44:11
dc  39:14
dchp  47:18 48:2
  75:18 81:10
dealing  61:14
deals  60:25
dealt  28:7
deemed  22:8
defamatory  20:13
defendant  1:7 2:12
  6:25
definitely  26:3
  39:25 64:22,24
definitively  25:9
delete  77:2

[deleted - february]                                                    Page 88

deleted 81:23 82:4
delivered 16:14,14
delivery 72:13
demand 32:8,16
  65:11
depending 25:11
  43:8
depo 21:25
deponent 84:5,6
deposition 1:11 3:12
  4:1 5:16 6:9,13 7:20
  9:11 12:18 16:19
  21:11 22:21 74:3
  83:12 84:8
depositions 6:18
  7:11
describe 56:16
description 3:10
  4:10
designate 22:16
designated 21:5
desk 42:14
desktop 36:8
detail 46:22
detailed 28:14
details 62:15 77:20
determination 49:3
determines 30:25
determining 62:4
device 35:19 36:4,6
  36:7 65:23 76:16,21
devices 75:25 77:16
dhc 27:17
dhcp 27:8,16,24
  31:4 33:13,19 35:3
  35:10,18 37:24
  39:14 43:2,16,25
  44:15 45:6,10,14,23
  46:8,24 49:11 67:18
  69:13 71:11 79:8
difference 34:10
  47:25
different 39:7,9
  47:18 54:9 64:14
  82:3

difficult 6:4
digital 27:18
directed 67:22
directly 28:7 53:18
  76:10
disciplinary 11:7
disconnect 46:23
  71:10
discover 34:17
discovery 60:8
  73:17
discussion 13:17
  23:5 29:14 31:23
  36:22 40:13 41:15
dispatch 77:18
disseminated 54:22
disseminating 20:11
distinction 29:23
district 1:1,1
division 1:2
document 12:4
  13:20 15:7 16:13
  18:19 23:21,25
  40:16 41:18 53:18
  53:22 66:9 67:2,21
  68:22 69:4,8
documents 4:9
  14:22 15:3 21:21
  22:5 54:18 68:6,12
doe 35:22 41:3,4,8
  60:8
doing 19:24 32:23
dollars 62:17
domestic 3:22
doubt 42:19 69:15
  69:16
doylestown 1:14
duces 3:11,21 12:17
  14:8,12,23 16:5
  21:3,4 40:23
duly 5:4 84:5
dynamic 24:14,18

e
e 2:1,1 3:2,8,14,20
  5:14 8:19,20 14:5
  23:17,22 43:6,10,11
  43:11 47:9,11 56:15
  56:22,25 57:2 59:14
  66:8,14 67:11,25
  68:10,23 69:9 74:15
  84:1,1
earlier 30:20 49:21
  53:8 66:20 74:11
east 1:13 8:18
efforts 58:15
eisenberg 2:3
either 5:21 50:13
  56:19 63:8 67:12
  69:12 81:23 82:14
electronic 69:14
employees 57:7
enable 31:2
encourages 20:16
endangerment 59:5
enforcement 59:4
ensure 60:21
enter 42:25
entered 71:16
entire 31:13,14 83:6
entity 20:15
equipment 20:7
  77:21
error 12:21 38:3,7
  38:13,13 39:2,4,4,6
  39:12 45:22 49:12
  50:4 63:10 71:19
errors 45:19
especially 63:25
esquire 2:3,9
estimate 64:10
  80:16
events 54:9
everybody's 34:11
evidence 68:14 69:5
evidencing 67:21
  68:6

exactly 47:2
exam 11:20
examination 5:7
examined 5:4
example 65:22
  71:21
examples 58:25
excused 83:10
exhibit 3:10,11,14
  3:16,17,18,19,20,21
  3:22 12:5,9,21
  13:21 14:2 15:2,3,3
  15:8,12,20,22 16:7
  16:10,11 18:20,24
  20:2 21:8,9,11,13
  21:24 22:11,12,13
  23:17,22 40:17,21
  41:19,23 53:12 55:6
  59:14 66:8,14 78:5
exhibits 14:21
exist 62:3
explain 32:6 36:2
  46:22 69:20
explanation 48:5
  63:13
explorer 51:5,13

f
f 3:21 40:17,21 55:6
  84:1
fact 58:8,17 59:10
  63:2 64:5
failures 73:24
fair 46:16
fairly 55:21 80:23
  80:24
false 46:11
far 28:14 34:20
fax 3:20
feature 59:18
february 36:11
  40:25 41:9,12 42:12
  42:17 44:10 45:5
  56:5 69:2 71:23

**federal** 20:18
**federally** 1:15
**ferreiro** 2:9 3:6 5:21
  6:24 7:4 25:2,18
  26:15 29:11 30:13
  30:16,19 44:16,23
  46:2,14 48:15 49:16
  49:20 50:14 51:9,17
  51:25 52:21 53:2,7
  53:9 60:10 65:16
  68:4,5 70:5 71:13
  72:19 74:7,10 75:19
  75:23 76:8 78:6
  81:7,14,15 82:10,20
**fferreiro** 2:11
**files** 67:7
**fill** 33:16
**find** 6:15 54:8 56:20
  67:13 68:18 75:10
**finish** 6:6
**first** 5:3 11:20 17:10
  20:4 37:15 47:9
  74:3
**five** 52:22
**floor** 28:2 31:13
  35:7
**floors** 33:23
**florida** 1:1 2:5,10
  63:25 78:13
**focus** 10:5
**follow** 8:3
**following** 47:14
**follows** 5:5
**forget** 27:19
**forgotten** 37:16
**form** 7:14 25:2
  26:15 30:13 44:16
  46:2,14 48:15 49:16
  51:9,25 69:14
**formal** 54:19
**forth** 48:5
**found** 47:15,19
  48:10 68:21
**four** 33:3

**francisco** 2:9 30:14
  44:21 52:18 53:9
  60:6 64:22 65:15
  72:3 73:15 75:15
  81:3
**frequently** 64:2
**front** 42:14
**full** 14:18 40:2

**g**

**g** 3:22 41:19,23 47:8
  47:9
**gather** 6:15
**geez** 56:12
**general** 5:19 8:13,14
  9:21 17:5 18:9 62:8
  62:10,11
**generally** 7:11 31:15
  34:8 72:21,25
**getting** 34:11,16
  35:23
**give** 20:17 24:23
  39:16,20 78:11,15
  79:18 80:16
**given** 32:11 39:8
  49:8 63:21 74:5
  78:22 84:8
**go** 5:19 6:10,13
  13:14 23:2 24:19
  26:24 28:4,10,17
  31:18 32:15,19
  34:16 35:9,17 36:20
  36:25 38:20 40:10
  43:18 45:17 57:17
  59:6 67:22 68:7
  72:21 73:2 76:12,25
  77:18 80:11
**goes** 25:15,16 27:24
  28:9 29:22 34:2
  35:14,20 40:2 47:10
**going** 7:17 11:17
  12:8 13:25 15:11
  18:23 22:10 23:16
  28:3 31:4 34:3 35:7
  37:24 40:20 41:22

  50:11 54:9 61:15
  62:25 74:19,20
**good** 5:10 11:4,10
  84:3
**google** 80:3,10
**governs** 19:6
**guess** 8:4 12:2 37:15
  52:14 61:4 71:11
  80:21
**guessing** 56:12
**guidelines** 5:19
**guys** 69:16

**h**

**h** 3:8 5:14
**hand** 84:11
**handing** 78:2
**handles** 61:5
**happen** 56:16 58:24
  63:5 82:4
**happened** 59:8
**hard** 54:16
**head** 5:23,23 38:20
  79:25
**header** 15:15
**heading** 20:3
**hear** 72:4
**heard** 65:21 79:19
**heck** 67:19
**held** 13:17 23:5
  29:14 31:23 36:22
  40:13 41:15
**hello** 53:11
**high** 19:5 28:2 29:19
  33:23
**hit** 41:7 44:10 45:4,5
  46:9 66:9,12,13
  68:19 72:22 81:6,9
**hmm** 83:7
**hoa** 60:4,15,25 83:2
  83:4,5
**hold** 53:15 55:23
**home** 80:4
**homeowner** 28:19

**homeowner's** 28:8
  28:20
**homeowners** 61:3
**honestly** 59:8
**hookup** 76:13
**host** 27:9,18,25
**hotwire** 3:16,18,20
  8:7,8,10,14,16,22,25
  9:12,13,13,18,20,24
  10:4,12,15 12:12,23
  13:2,6,9 15:19 17:4
  18:10 19:2,5 22:15
  22:16 23:14 24:4,21
  24:21 25:6,9 27:6
  27:15,21 28:6,9,23
  29:6,8,18,20,25
  30:6,25 31:3 32:11
  34:10,20 35:21
  36:11 38:10 40:24
  42:19,22 43:6 44:9
  44:11 48:5,20 49:3
  50:8 54:4,6,20 55:7
  56:6,10 57:17,19
  58:8 59:23 60:4,18
  60:20,25 61:7,7,23
  62:14,19,24 63:13
  63:18,21 64:2,6
  71:12 72:9,13 73:6
  75:24 76:2,19 79:13
  79:15,19 80:19
**hotwire's** 15:14
  16:11 22:5 23:18
  24:13 29:4,10 43:24
  48:3 53:13 55:13
  61:11,19 62:5,12
**hour** 25:13 26:20
  27:2 32:5,9 35:16
  80:12
**hours** 24:19 32:24
  33:2,3,9 39:15,20
  39:23,24 40:5,5,8
  51:21 64:16 65:19
**human** 31:10 46:8
  63:10

[hypothetical - large]                                                    Page 90

**hypothetical** 51:11
**hypothetically** 68:24

**i**

**id'd** 75:3,4
**idea** 17:24 29:21 42:4
**ideally** 27:22 35:14
**identification** 12:5 13:21 15:8 18:20 23:22 40:17 41:19 45:19 71:6 72:8
**identified** 49:9 58:7 69:21 70:14 71:2,16
**identifier** 35:12
**identify** 25:6,10 26:8 28:24 35:11 37:19 47:6 56:19,21 57:5 63:3 71:7
**identifying** 47:13 76:20,22
**identity** 41:4 49:2 70:3,21 81:20
**ids** 57:21
**important** 62:15
**improper** 9:15
**inaccurate** 72:13
**include** 20:6
**included** 74:8
**includes** 20:9
**including** 73:24
**inconclusive** 47:13 48:4,6,9,23 57:21 70:4,17 71:6 80:19 81:12,19,21
**incorrect** 46:7 72:7 72:18
**incorrectly** 69:21 70:14,23 71:24
**increments** 79:7
**independently** 57:6 58:5
**index** 4:1

**indicate** 34:19 42:11
**indicated** 24:5 84:5
**indicates** 66:9
**individual** 28:4,12 29:3,4 35:9 36:7 58:7 60:17 62:15,20 76:20 83:2
**info** 47:15
**information** 20:11 26:7 37:13 43:2,14 43:15 54:4,17,21 55:8 56:24 57:12 58:2,5,20 59:19,21 59:24 60:16,18,21 61:18,24 62:21 63:12,21 66:16 67:13,23 68:21 69:6 74:21 76:22 77:25 78:8,15,18 79:12 81:17
**infringement** 24:25
**infringes** 20:13
**initially** 79:13
**initiate** 77:13
**input** 72:25
**inputted** 78:10
**inputting** 71:17
**inquiry** 68:12
**installed** 77:21
**instance** 29:7,8 44:8 59:11
**instances** 29:18 59:4 59:9 63:24
**instruct** 7:7
**instructed** 68:7 71:22
**instruction** 4:3
**instructions** 7:16
**intellectual** 20:14
**intended** 19:9
**interact** 61:10
**interested** 84:9
**interject** 29:12
**internally** 65:23

**international** 20:19
**internet** 3:13 19:3,5 19:7 26:21 33:2,3,8 33:9 34:8 35:25 48:13 50:19,24,25 51:2,20,23 62:17 75:25 77:11,13,15 80:14
**interrupt** 75:16
**intervention** 31:10
**investigation** 48:3
**investigator's** 26:11
**ip** 24:6,10,15,23 25:7,16 26:9,22 27:2,7,10,13,21 31:9,11,16 32:14 33:9 35:16,23,25 37:9,23 38:15 39:6 39:7,10,23 41:4 43:7 46:8,25 47:13 47:15,17,19,21 51:13 52:6,11 55:12 56:18 57:5,14 58:4 58:12 64:10,17 65:13,18,25 66:10 66:16,22 67:15,24 68:8,20 69:2,22 70:8,16,18 71:17,23 75:2,5,11 77:25 78:8,24 79:5 80:18 81:18 82:2,2
**ips** 24:10,15,18 25:13 32:16
**isp** 73:19,22
**issue** 27:24 34:6,12 45:17 48:12 62:23 63:2
**issues** 11:7 33:22 38:9

**j**

**j** 2:9 47:9,10,11
**jennifer** 1:15
**jersey** 10:24 11:4,11 11:22

**job** 10:14 13:8
**john** 23:11 35:22

**k**

**keep** 76:14 77:20
**keeps** 30:25
**keith** 2:3 14:5 64:23 75:16
**kept** 7:12 52:10 75:7 75:22
**kin** 84:9
**kind** 35:5,8 72:11
**kinds** 73:6
**klipscomb** 2:6
**know** 6:10 7:24 8:2 17:3 19:20,21 29:8 29:25 30:7,11 31:7 31:7 32:21 38:12 39:11 42:4,5,7 43:5 43:17 47:8 49:12 50:6 51:16 52:4,8 52:15 54:11 58:24 59:3 60:11 61:6,11 61:17,21 63:5,6 64:7 65:24 68:13 74:25 76:6,19,23,23 77:4,9,13,23 78:9 78:14 79:6,7,23 80:12
**knowing** 70:22
**knowledge** 17:21 19:18 20:25 21:19 46:11 50:2,6 54:23 65:3 75:21

**l**

**l** 5:14 8:19 47:11 55:17
**label** 63:20
**labeled** 20:3 58:17 59:18 64:8 70:23
**labeling** 63:17
**lancaster** 8:18
**laptop** 36:8
**large** 61:15

[latest - medication]

**latest** 54:12 61:23
**laurie** 1:11 3:4 5:1,3
  5:12 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1
  46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1
  82:1 83:1
**law** 18:7 20:19 59:4
**learning** 74:2
**lease** 25:14 32:7,9
  39:23 64:18
**leave** 32:21 80:9,11
**lebfirm.com** 2:6
**left** 50:18,21 59:18
**leo** 1:6 15:25 16:15
  24:5 45:5 53:10
  75:4
**letter** 37:7
**level** 45:25 46:13
  49:14
**liability** 20:17
**libelous** 20:12
**licensed** 11:3,9
**light** 42:16
**limited** 8:12 9:4,5,6
  9:7,8,9 15:19 20:7,9
  25:14
**line** 4:4,4,4,10,15,15
  4:21,21 34:3 36:16

**link** 53:21
**lipscomb** 2:3,3 3:5
  5:9 12:7 13:14,23
  13:24 15:10 18:22
  23:2,8,16,24 25:3
  25:21 26:2,16,18
  30:3,4,14,17,21,22
  31:20 32:2,3 36:20
  36:25 37:3 40:10,19
  41:13,21 44:18,21
  44:25 45:3 46:3,6
  46:15 48:17,19
  49:17,22 50:17
  51:10,18 52:9,18,25
  60:6 64:21 65:5,8
  65:15 69:23 71:3
  72:3 73:15 75:15
  78:2 81:3,8,22 82:8
  82:22,24 83:8
**list** 22:15 28:20,25
  56:22
**litigation** 10:5,9,11
**little** 11:19 20:5
  39:19 81:5
**lives** 25:12 35:22
**llc** 1:4 8:15,22 9:2
  9:13 15:25 23:10
**lobbies** 38:11
**lobby** 42:13
**local** 20:18
**locate** 67:12
**located** 60:12
**log** 32:15,25 33:7,8
  33:18 50:25 54:7
  77:3
**logged** 25:15 32:12
  50:23 80:6
**logs** 27:15,22 32:20
  47:15
**long** 43:5 46:9 76:24
**longer** 37:9,10 44:6
  55:14
**look** 21:21 35:15,22
  37:12 39:21,24
  52:23 55:24 67:6

74:14
**looked** 17:10 24:15
  46:21
**looking** 21:7,9 40:6
  40:7 73:16
**looks** 12:11 41:25
**lose** 26:22
**lot** 61:16
**lp** 9:12
**lp's** 8:16

**m**

**m** 1:11 2:3 3:4 5:1,3
  5:14 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1
  42:1,7 43:1 44:1
  45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1
  53:1 54:1 55:1,17
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1
**mac** 35:18,24 36:2,8
  36:9,13,14 37:4,14
  37:19 43:9 46:25
  47:15,17,19 73:7,21
  73:25 74:5,6,12,17
  74:22,25 75:4,10,20
**machine** 84:6
**mail** 3:14 14:5 41:25
  42:17 43:6,10,11,11
  56:22 67:11,25
  68:10,23 69:9 74:15

**mailed** 56:15
**mails** 56:25 57:2
**maintain** 27:6,15,22
**maintained** 56:25
  73:6
**maintains** 33:19
**malibu** 1:4 15:25
  16:6 22:14 23:10,12
  79:12
**malloy** 2:9,9
**malloylaw.com** 2:11
**manage** 10:16 28:11
  31:9 54:25
**management** 54:2
**manager** 27:21 61:4
  61:8,9,10,12 62:5
**managers** 54:13,21
**manages** 27:9
**march** 1:9 84:11
**mark** 23:17
**marked** 3:10 4:20
  12:4,9 13:20 14:2
  15:2,7,12 18:19,24
  21:12,14,24 22:11
  23:21 40:16,21
  41:18,23 55:6 59:13
  66:8
**married** 74:25
**master** 35:6
**material** 20:11
**matter** 6:25 12:13
  12:14 74:16
**matters** 10:17 55:2
**mean** 10:20 15:16
  15:21 32:19,20 33:2
  33:5 62:2,7 75:16
  81:5
**means** 16:15 19:16
  47:4 48:8 58:11
  74:22 76:19
**meant** 81:13
**media** 1:4 15:25
  16:6 23:10,13 36:4
**medication** 6:19

| | | | |
|---|---|---|---|
| **member** 10:18,21 | **misunderstood** | 63:9 69:10 72:13 | **objection** 7:6,8,14 |
| **memory** 6:19,22 | 67:19 | **narrow** 40:4 | 7:14 25:22 51:17 |
| **mentioned** 53:8 | **mix** 31:18 | **national** 1:12 | 69:23 71:3 |
| 55:20 58:10 64:15 | **mixing** 24:12 | **necessarily** 24:10 | **objections** 7:12,15 |
| 66:20 70:24 73:7 | **modem** 76:25 77:2 | **need** 6:9 26:25 | **obscene** 20:12 |
| 77:9 81:16 | 77:12 | 27:12 28:10,16 30:5 | **obtain** 35:18 55:8 |
| **mentioning** 74:8 | **modems** 75:25 76:9 | 30:9,10 33:16 40:10 | 75:19 77:15 |
| **miami** 1:2 2:5,10 | **money** 30:11 | 62:22 65:9 | **obtaining** 74:22 |
| 23:12 | **monitors** 33:14,15 | **needed** 64:19 | **obviously** 26:7 |
| **mightily** 6:3 | **month** 44:14 49:10 | **needs** 7:13 31:19 | 61:14 |
| **milton** 55:14 56:2,3 | **months** 17:18 27:16 | 32:18 65:2,5 | **occasion** 28:17 |
| 56:4,15 57:4 66:21 | 33:20 40:8,9 45:10 | **neither** 84:9 | **occupants** 63:22 |
| 67:22 68:7,11 71:16 | 45:11 52:11 56:13 | **network** 47:20 48:2 | **occupies** 61:16 |
| 71:21 72:9,11,16,17 | 75:8,12,18,22 81:24 | 71:12 | **occur** 50:10 82:12 |
| 72:25 74:15,21 78:7 | **murphy** 1:11 3:4 5:1 | **never** 11:7 28:7 34:6 | **occurred** 18:15 |
| 79:4 | 5:3,12,15 6:1 7:1 | 34:24 65:20 73:22 | 49:13 63:4 72:22,23 |
| **milton's** 75:14 | 8:1,6 9:1 10:1 11:1 | 79:19 | 73:3 |
| **mind** 5:18 52:21 | 11:17 12:1,8 13:1 | **new** 10:24 11:4,11 | **occurrence** 81:2 |
| **mine** 12:25 | 13:25 14:1 15:1 | 11:22 63:25 77:3 | **occurring** 45:19 |
| **minus** 18:14 | 16:1 17:1 18:1,23 | **nodding** 14:17 | **occurs** 77:14 80:23 |
| **minute** 6:14 52:22 | 19:1 20:1 21:1,2 | **normal** 48:11 | **october** 9:19,25 |
| 78:12 | 22:1,10 23:1,9 24:1 | **normally** 36:15 | **odd** 36:15,17 |
| **minutes** 16:9 | 25:1 26:1 27:1 28:1 | 37:17 43:3 44:4 | **offense** 20:17 |
| **mischaracterized** | 29:1 30:1 31:1 32:1 | 56:22 57:16 67:7,11 | **offhand** 38:23,24 |
| 49:21 | 33:1 34:1 35:1 36:1 | 69:3,7 73:8 | 64:7 |
| **mischaracterizes** | 37:1 38:1 39:1 40:1 | **notary** 1:17 84:3,15 | **officer** 11:12 |
| 69:24 | 40:20 41:1,22 42:1 | **notes** 31:7 46:21 | **offices** 1:12 |
| **mischaracterizing** | 43:1 44:1 45:1 46:1 | 52:24 55:24 | **official** 84:11 |
| 30:19 | 47:1 48:1 49:1 50:1 | **notice** 79:17,17 84:4 | **oh** 15:25 17:24 |
| **misidentification** | 51:1 52:1 53:1,8 | **noticed** 17:10 | 21:13 39:18 56:12 |
| 46:5 50:10 | 54:1 55:1 56:1 57:1 | **notices** 48:21 | 62:11,11 79:15 |
| **misidentified** 45:24 | 58:1 59:1 60:1 61:1 | **notification** 79:11 | 80:20 |
| 49:14 | 62:1 63:1 64:1 65:1 | **november** 71:24 | **okay** 5:18,25 7:4,10 |
| **mislabeled** 33:24 | 66:1 67:1 68:1 69:1 | **number** 3:10 35:12 | 7:19,23,25 8:5 9:17 |
| 34:9,17 38:4,22 | 70:1 71:1 72:1 73:1 | 35:12 43:10 47:16 | 11:2 18:17 24:21 |
| 39:5 59:10,12 63:3 | 74:1 75:1 76:1 77:1 | 47:17 60:7,8 | 26:3,5,13 30:21 |
| 63:14 70:7,15 | 78:1 79:1 80:1 81:1 | | 32:7 37:18 39:22 |
| **mislabeling** 58:10 | 82:1 83:1 | **o** | 47:7 51:3,6 52:18 |
| 63:2 | | | 53:2,21 59:16 62:25 |
| **misrouted** 50:11 | **n** | **o** 8:20,20 37:8 50:16 | 70:24 74:7 76:4 |
| **mistake** 39:3 72:11 | | 55:17,18 | 78:17 82:20 |
| 72:17 | **n** 2:1 3:2 8:19,20,20 | **object** 25:2,19 26:15 | **old** 77:2 |
| **misunderstand** | 55:17,18 | 30:13 44:16 46:2,14 | **older** 81:24 |
| 39:19 | **name** 5:11 15:23 | 48:15 49:16 51:9,25 | **once** 56:19 57:19 |
| | 42:14 47:7,10,11 | 79:18 | 68:11 |
| | 50:15 53:9 55:16,17 | | |

one's  25:15
ones  54:3 63:16
online  54:18
open  50:19 51:2,4
  51:23 80:2,3,4,4,9
opposed  5:23
oral  1:11
order  20:19 55:8
  74:9
original  12:11 21:15
  36:18,19 37:12
  40:23 64:2 73:17
  74:9
originally  23:10
outcome  84:10
outlined  69:19
owner  76:15
owners  48:12 83:3

**p**

p  2:1,1 5:14
p.l.  2:9
p.m.  1:15 53:5 83:12
package  62:18
page  3:10 4:4,4,10
  4:15,15,21,21 20:2
  41:2 54:7,8
paper  6:16
parameters  8:3
pardon  43:11
part  13:8 20:21
  54:25 63:10 67:10
particular  6:16
  28:17,18 32:9 76:15
partner  8:13,14
partnership  8:12
  9:6
party  84:9
pas  1:4
pass  11:20 58:2
pay  34:25
pays  82:25 83:5
pelizzo  1:6 16:2,15
  24:5 25:12 27:25
  28:7 34:18 35:2

37:10,22 38:19 45:5
  49:9 52:10 53:10,24
  75:2,4,12 79:5,11
  79:18
pelizzo's  28:5 30:6
  31:12 51:14 58:16
  82:25
pending  23:12
pennsylvania  1:14
  8:21 10:23 11:4,11
  11:21
penthouse  2:4
people  28:21
percentage  80:17
perfectly  33:21
period  11:23 27:3
  35:17 45:6,15,23
  46:10 49:11 80:12
person  20:14 24:23
  26:8,10,12,21,25
  27:11 39:22,25 42:8
  46:21 48:7 49:3
  57:18,22 60:24 61:6
  63:11 70:3,18,20,25
  71:7,15 72:8
personally  76:20
philadelphia  10:22
  29:19
phone  25:20 34:8
  43:10 62:17
piece  6:16
pl  2:3
place  54:20 57:11
  61:22 84:4
plaintiff  1:4 2:6
plan  35:15
please  5:10,22 6:5
  7:8,21 18:25 20:4
  32:6 36:3 47:5
plugged  65:23
pod  24:12
point  7:20 47:23
  56:17 71:9 73:23
  81:9 82:7

points  38:11 82:16
policy  15:14 16:4,10
  17:4,10 18:10,13
  19:3,4,6 53:14,16
  61:22
pool  24:20 25:14,16
  26:25 27:10 40:3
port  27:19 28:11,17
  28:21 33:24,25
  34:17 35:4,6,11,19
  38:4,22 39:5 45:17
  45:24 46:13,19
  49:14 50:5,12 58:11
  58:16 59:7,12 63:3
  63:14,20 70:7,13,21
  70:22
port's  34:9
portion  14:8,15,23
  21:3 23:18
ports  28:3 33:22
  59:10 63:2,17 64:8
position  9:20
possession  22:5
possibilities  39:2
  50:7
possibility  38:3,6,7
  45:18,21 50:11 52:5
possible  50:9 52:10
  52:12,14,16,17
  58:11 72:6,17 75:13
  75:17
possibly  64:24 74:4
posted  19:12,14
posting  20:10
pot  39:10
potential  63:13
power  7:6
practice  10:5 43:25
predicate  26:19
  48:18
preparation  16:18
prepared  22:23
present  10:2 20:24
preserves  7:15

previously  12:9
  22:11 69:19
prewiring  64:4
primarily  10:16
primary  55:19
print  16:19
printed  16:25
printout  68:13,17
prior  10:4
privacy  15:14 16:4
  16:10 17:3
pro  22:14
probably  17:9 50:13
  63:8
problem  6:10 24:17
  37:6 46:12,18,19,20
  82:5,9
procedure  54:16,20
  77:5,14
process  7:17 26:4
  43:5 44:12 45:19
  57:6,11
produced  22:4
producing  14:22
production  4:9
professional  1:16
program  31:5 33:13
prohibited  20:3,6
pronounce  47:8
  63:9
properties  54:13
property  20:14 28:6
  28:16 53:24 54:2,21
propounded  16:7
  22:14 23:13 24:7
  41:10
prove  26:10
provide  28:20 34:7
  37:17 56:24 60:17
  61:23 70:21 74:16
  75:24 76:5,9 78:17
provided  43:23 60:3
  66:21 67:14 73:8
  74:21 76:2,15 79:12

[providers - revised]                                                                 Page 94

**providers** 48:14
**provides** 62:14,19
**providing** 63:12
**public** 1:17 84:3,15
**pull** 27:14 32:17
**pulled** 27:3
**pulling** 33:16
**purchased** 35:2
    77:10
**purchases** 28:8
**purpose** 20:9
**purposes** 9:11 12:5
    13:21 15:8 16:22
    18:20 23:22 40:17
    41:19
**pursuant** 84:4
**put** 37:16 43:10,18
    72:9
**puts** 43:14,14,14

**q**

**quantum** 25:12
    53:25 54:7 60:12
    61:8,12,22 62:6,13
    62:16 63:11,15,22
    64:8,9 77:10
**quarter** 18:15
**query** 43:20,25
    55:17
**question** 6:6 7:20,22
    7:25 8:2 9:14 25:4,5
    26:17,19 30:15,18
    34:24 44:19,22,24
    45:2 47:16 49:18
    54:14 60:2 63:7,19
    66:10,17 67:20
    70:12 72:14,16 80:8
    81:4 82:23
**questions** 4:20
    22:17 52:19,20
    82:21
**quickly** 42:25
**quite** 32:5 48:11

**r**

**r** 2:1 5:14,14 8:19
    47:8,9,9,10,11
    50:16 84:1
**rack** 35:8
**raj** 47:10 50:13 63:8
    63:8 66:4 82:14
**raj's** 48:5
**rare** 80:25
**read** 12:19 20:4,23
    47:2,5
**really** 7:12 28:12,16
    34:6,10
**reason** 6:21 7:8 9:14
    42:19 45:13 65:17
    71:15 72:7
**reasons** 38:21 48:4
    69:25 82:3
**reassigned** 33:10
    64:17,20
**recall** 23:14 53:13
**receipt** 3:22 42:2,18
    44:2
**receive** 13:9 19:15
    43:3 55:2,10 58:2
**received** 12:12
    37:13 40:24 42:19
    42:20 43:7 44:9
    55:5 56:14 57:7
**receives** 42:23
**receiving** 44:12
**recess** 53:5
**recognize** 42:5,14
**recollection** 18:13
    20:20,22 78:3
**record** 5:11 6:11,14
    13:14,18 14:7,11
    22:13 23:3,6 29:12
    29:15 31:2,21,24
    32:2 34:25 36:20,23
    37:2 40:11,14 41:13
    41:16 43:21 60:7
    77:21 84:8

**recorded** 84:6
**recording** 27:7
**records** 3:12 13:5
    24:14,22 27:16
    28:15 33:20 34:19
    34:21 61:19 69:13
    69:14 71:10 73:6
    75:7,9,14,22 76:14
    79:8
**refer** 9:12 59:13
**references** 66:15
    67:3
**referring** 53:12 66:7
**refreshes** 78:3
**regarding** 57:13
**registered** 1:16
    41:25
**regular** 61:5
**regulation** 20:19
**regulatory** 10:17
    55:2
**relevant** 43:2
**relying** 63:21
**remember** 17:6,15
    17:25 18:11 38:22
    38:24
**rentals** 61:17
**repeat** 67:9
**rephrase** 7:22 61:24
    68:4 81:7
**replace** 76:25
**report** 48:6
**reporter** 1:16 5:20
    6:2 68:2 71:25 76:7
**reporting** 1:13
**represent** 7:5
**representative**
    22:17
**represented** 10:9
**representing** 2:6,12
**represents** 6:24
**request** 4:9 25:22
    43:4 44:12 58:2
    73:9,24 81:17,20

**requested** 21:22
    22:16 36:12 37:4
    43:15 56:23 69:10
**requesting** 41:3
**resident** 29:5 54:7
**residents** 28:9 29:2
    29:3 30:2 31:2
    64:12
**resides** 53:25
**resolve** 82:2
**respect** 30:6
**respond** 10:17 43:12
    69:9
**responded** 79:14,16
    79:19
**response** 3:17,19
    14:4,22 15:20 16:5
    21:20 23:18 24:2,4
    34:21 37:7 48:24
    49:9 59:15 66:19
    67:8 73:8 74:15
    81:19
**responses** 14:6,8,12
    14:19,20 21:3,16,17
    37:8 48:13 81:16
**responsibilities**
    10:14
**responsibility** 11:14
    13:9
**responsible** 63:11
**responsive** 22:8
**result** 36:13 70:16
    70:17,17 72:12
    81:18
**results** 68:13 70:9
**retention** 44:14 45:6
    45:14,23 46:10
    49:11 81:10
**return** 3:22
**review** 13:10 22:20
    55:2
**reviewed** 12:15
**reviewing** 56:2
**revised** 16:25 17:7

revises 17:3
revision 17:8 19:23
revisit 18:10
rice 42:7
right 26:12 37:21
  39:20 48:16 51:2
  52:23 53:3 55:10
  62:7 75:19
rights 20:14
rios 50:13 63:9 66:5
rise 20:17 28:2
  33:23
rises 29:19
role 54:25
rolls 9:4
router 65:24 77:12
routers 75:25 76:10
routinely 73:20
rule 32:5
running 50:19 51:12

**s**

s 1:15 2:1 3:8 8:19
  47:9,11 50:16 55:18
s.w. 2:10
sat 11:21
saves 40:7 45:10
saying 5:22 29:17
  40:4 48:14 66:13
  72:2
says 12:20,22,25
  13:2 47:5
scenarios 47:14
  69:20 70:25 71:5
  82:11
schedule 21:5,10,12
  21:14,25 22:12,15
  22:20 79:14
scratch 28:24
screenshot 68:18
  69:4,8
seal 84:11
search 33:8 58:4,6
  66:22,23 67:3,23
  68:13 69:3,5,12,15

70:7,15 71:22 78:23
  80:17
searched 68:15 79:4
searching 68:25
  71:18
second 13:15 23:3
  40:11 47:24 53:15
  55:23
see 12:24 17:8 21:7
  37:14 38:3 41:2
  43:19 74:20 78:2
seen 23:25 68:17
selects 9:8
send 43:4,6 48:20
  49:2 56:18,21 67:7
  79:10
sends 54:11
sent 21:5 36:10
  53:18,22,23 54:15
  55:12 79:16,17
sentence 20:5,21
series 28:3
seriously 11:15
served 23:13 41:11
server 26:11 27:9,13
  27:16 31:5 32:17
  33:13 35:18 46:24
  46:24 47:15,18 48:2
  66:2 67:19 69:13
  71:11 75:8 79:8
  81:11
service 20:7 28:8
  29:6,22 31:3 34:11
  48:14 58:8,21 77:13
  77:16,17,19
services 3:13 29:10
  29:18 61:3 62:13,14
set 48:4 77:11,18
shakes 5:23,24
short 7:12
shorthand 84:7
show 11:17 12:8
  13:25 15:11 18:23
  22:10 23:17 40:20
  41:22

shuffling 61:16
sic 3:13 47:18 48:2
  75:18 81:11
side 57:15 73:5
signed 42:3,7,13
sit 45:21 65:10
situation 59:5
six 56:12
snapshot 75:3
software 31:5 81:11
somebody 32:20,25
  33:7,10,24 50:18,21
  74:4 77:7,7,18
sorry 21:13 25:18
  25:23 39:18 47:9
  56:8 62:9 64:22
  65:15 67:9,17 68:2
  70:11 71:25 72:23
  76:7
sort 24:12 61:21
  69:4
south 2:4
southern 1:1
speak 25:24 29:7
  82:15
speakerphone 2:8
speaking 72:21
specific 18:11 48:7
  60:24 62:22 67:15
  68:8,15 75:4 77:19
  78:18 79:4
specifically 22:12
  45:18
specified 69:6
speculate 8:4
speed 19:5
spell 5:13 50:14
  55:16
spelled 66:18
spoke 38:8
spoken 50:3
standard 54:16
standing 11:4,10
  84:3

stands 27:20
start 6:6,17 9:17
state 5:11 10:19,21
  11:10 20:18 69:17
statement 49:18
states 1:1
stating 81:20
stay 32:14 52:7
steps 60:20
stipulations 4:14
stopped 73:24
storing 20:10
story 74:6
straight 52:11
street 1:13
strike 8:9 9:10 11:18
  20:21 24:3
string 3:14
strives 6:2
student 29:18
students 29:21
styled 23:10
submitted 16:5
subpoena 3:11,21
  12:11,15,17 14:5,9
  14:15,23 16:5,6
  21:4,5,15,20 22:2
  22:13 23:13,14,19
  24:7 36:10,19 40:23
  41:10 42:16,20,23
  43:4,7,8,15,23 44:3
  44:9,13 49:10 55:5
  55:11 56:15,23
  59:15 73:8,16,17,19
  79:16
subpoenas 10:17
  13:10 48:13 55:3
subscriber 24:11,16
  25:6,10 27:4,5
  28:13,15,18 34:13
  39:17 43:22 56:20
  56:21 57:13,19,22
  58:8,12,21 59:20,23
  60:3,16,21 61:18,24
  62:20 63:12 66:16

67:16,23 68:9,25
69:9,20 70:9 71:18
71:22 77:25 78:9,25
79:11 80:18 81:17
**subscriber's** 35:20
58:4 78:13
**subscribers** 19:7,10
19:15 29:9 30:7,10
31:3 53:19,22,23
54:4 60:17 75:24
76:2,10
**substantively** 17:11
**successfully** 26:8
**suit** 60:9
**suite** 8:19
**sum** 72:16
**summarize** 30:23
72:5
**summarizing** 49:8
**summary** 46:16
49:18,23,24
**supervise** 10:11
**supervision** 84:7
**support** 4:1
**suppose** 71:20
**supposed** 54:22
**sure** 25:21 31:20
34:14 35:2 52:25
55:21,25 57:18,22
58:7 59:25 63:24
69:17 76:18 77:5
**switch** 33:14 65:18
**switched** 34:22
**sworn** 5:4 84:5
**system** 27:6,11 29:4
29:5 32:24 33:19
34:22 35:3,10 37:24
43:2,16,18,18,20
44:2,15 45:7,23
46:8 49:11 50:12
57:17 64:16 75:18
77:3

**t**

**t** 3:8 8:19 55:17 84:1
84:1
**take** 6:11 11:14
52:22 60:20 77:19
**taken** 1:12 5:16 64:6
65:14 84:4
**talk** 6:5 16:9
**task** 6:4
**tech** 31:6 34:16
37:13 43:4,6,11,14
46:20 55:13 57:6,12
58:3,3 59:6 63:18
66:4 69:16 71:5
72:9 76:12,24,25
77:20 78:18,22
82:14
**technical** 50:5
**technician** 34:2
**technology** 57:15
73:5
**techs** 37:8 38:8,21
74:16
**tecum** 3:11,21 12:17
14:8,13,23 16:6
21:3,4 40:24
**telecom** 10:16 54:25
**tell** 7:21 12:10 14:2
15:12 18:25 24:3
37:11 40:21 41:7,24
50:9 51:19 84:5
**ten** 52:11
**testified** 5:4 38:2
74:11
**testify** 22:23
**testimony** 3:4 30:20
30:24 37:25 39:14
46:17 49:8,21,25
53:17 54:24 57:25
58:19 60:15 75:7
84:4,6,8
**theory** 76:24
**thereof** 84:10

**thing** 17:13 37:11
**things** 54:10 61:5
**think** 5:17 9:19
17:13 19:22 25:5
34:21,23 36:5 37:25
38:8 39:3,4,4,18
40:3 44:7 46:18
49:20 53:17,25
54:15,16 55:20
58:19,25 59:3 63:16
63:17 64:13,15
68:17 69:23 71:4
73:23 74:11 75:6
76:18 78:13 79:15
**third** 2:10 47:21
**thought** 67:17
**thoughts** 6:15
**threatening** 20:13
**three** 11:22 17:18
48:4 69:19,25 82:11
**tied** 37:21,22 50:4
75:2,5,11
**time** 6:5,8 11:23
17:2,6 19:19 20:24
24:7,14,24 25:7,14
32:6,7,10 37:15
39:16,21,23 40:5
55:13 58:23,23
64:18 65:12 68:17
74:3 75:3 77:23
78:9,10,14,16,19,23
79:4,18 80:6,17
84:4
**times** 6:12,15 77:24
**title** 12:19,22 13:2
19:4
**today** 35:16 37:4
45:21 50:3 75:12
82:13
**told** 38:21
**top** 15:23 79:25
**topics** 22:15,24
**total** 60:11
**tracing** 34:3

**track** 69:15 74:12
**tracking** 69:12 79:3
**trail** 69:5
**transactional** 10:6,7
**transcribed** 5:24
84:7
**transcribing** 5:20
**transcription** 84:8
**transmitting** 20:10
**tries** 27:15,22 33:16
**true** 16:3,22 21:18
71:20 84:8
**truth** 84:5,5,6
**try** 5:22 6:7 25:23
42:25 43:19 72:4
**trying** 33:18 38:7,20
59:3 79:15
**turn** 32:13 37:5
**turnover** 29:20
**twenty** 33:3
**two** 14:21 15:2
17:20,22 27:16
33:20 40:8,9 44:6
44:14 45:10,11
47:17 49:10 70:25
71:4 75:8,12,18,22
81:24 82:3,5
**tying** 39:6,7
**types** 71:24
**typically** 77:14
**typographical** 12:21
**typos** 17:11,12
18:15 19:20,21

**u**

**u** 5:14,14
**um** 83:7
**underneath** 21:6
**understand** 7:16,21
11:11 25:4,5 26:4
32:4 37:25 44:19
47:4,25 54:14 56:8
59:25 70:11 72:14
72:15 80:8

[understanding - zones]

understanding
43:13 45:20 49:7
63:18 80:5
understood 30:3
undertake 20:8
unit 29:23 32:21
33:25 34:2,4 35:20
35:23 39:6 63:23
65:18 76:15 77:10
unit's 70:13
united 1:1
units 28:4 31:16
35:9 60:11 61:16
62:14,16 64:10
unlawful 20:8,12
unplugged 65:22
unusual 68:16
updated 61:18
upgrade 29:5 30:10
34:13,18
upgraded 34:15,24
upgrades 58:21
ups 8:3
usage 33:3,15
use 19:3,4,6,7 24:15
24:18 26:21 31:17
31:18 32:11 37:9,10
43:22 53:13,16
54:12 57:19,23
66:11
user 28:11,11 39:8
64:16 80:6
uses 20:3,6
usually 42:24

**v**

v 47:11 55:18
vacation 25:16
32:15,19,22 80:11
vague 52:2
value 35:13
varies 32:8
various 35:9
venture 80:20

verified 58:20 59:2
verify 58:16 72:22
73:2
verifying 74:20
veritext 1:12
verizon 3:13 12:22
12:24
versus 15:25 23:11
view 34:25
violate 20:18
violation 19:8
vs 1:5

**w**

w 3:15 8:20,20
wait 43:12
walker 1:15
want 8:4 26:3 32:4
34:14 45:17 57:21
59:13 77:11,12
wanted 34:13 35:15
75:10
way 20:15 25:19
46:5,11 56:20 62:4
69:11,17 70:22
72:21 73:2,18 74:24
76:21 79:3
ways 50:9
we've 21:12
website 16:11,16,19
16:23 19:13,14,16
53:21 54:6 80:10
wednesday 1:9
week 44:2,5
weeks 44:6
went 38:9 39:10
67:18 68:11 78:7
window 26:20 44:14
windows 51:4,13
wire 50:11
wireless 38:10,14
47:22 65:24 71:9
76:9 82:7
wish 31:6

witness 25:20,23
29:17 44:17 46:4
48:16 50:16 52:3
64:25 65:7,10 71:4
72:15 75:21 78:4
82:6 83:10 84:8,11
word 6:3 9:5
words 70:3
work 7:17 8:6,25
9:9 10:6
worked 9:24
working 9:17 10:4
56:6,10
write 6:3 19:24
writing 21:6
written 14:12,19,20
wrong 30:15,17
44:22 58:12 70:18
70:20,25 71:15
72:25
www.gethotwire.c...
16:12
wynnewood 8:20

**x**

x 3:2,8 62:17

**y**

y 5:14 8:20
yeah 27:18 65:12
66:3 73:14 74:18
76:17,17 77:6,7
80:15 81:22
year 50:19 51:12
years 11:25 17:20
17:22
yesterday 39:22
40:6

**z**

zone 77:23 78:9
zones 78:15,16