Malibu Media, LLC v. Leo Pelizzo
Case No: 1:12-cv-22768-PAS

# RESPONSES FROM HOTWIRE COMMUNICATIONS, LTD. 2-1-13

## Schedule A

Re:      Leo Pelizzo
ISP:     24.238.22.207
Address: 1900 N. Bayshore Drive, # 2212
         Miami, Florida 33132

(a) Any and all document(s) that refers or relates to or comprises a record that the Defendants received a DMCA notice, including but not limited to the DMCA record. HOTWIRE CANNOT LOCATE A RECORD OF A DMCA NOTICE BEING SENT TO MR. PELIZZO.

(b) A document that sets forth and summarizes the average internet bandwidth usage of Hotwire Communications' for customers. HOTWIRE DOES NOT MAINTAIN SUCH RECORDS.

(c) A document that sets forth and summarizes the average internet bandwidth usage of Hotwire Communications' for customers each of the smallest following geographic region Miami, FL North Bayshore Drive, 1900. HOTWIRE DOES NOT MAINTAIN SUCH RECORDS.

(d) Any and all documents that refer, relate to, or comprise records indicating the amount of internet bandwidth used by LEO PELIZZO during the past three years. Please provide these records in the smallest time increments that you maintain such archives. HOTWIRE DOES NOT MAINTAIN SUCH RECORDS.

(e) Any and all documents that refer, relate to, or comprise records of any television shows, movies, or any other form of audiovisual performance(s) which your records indicate LEO PELIZZO'S ordered via pay-per-view service television (or other device capable of viewing audiovisual performances) during the last three years. For the avoidance of doubt, we are not seeking a schedule of programs generally but instead records which you may possess that indicate which programs or audiovisual performances LEO PELIZZO watched. HOTWIRE HAS NO RECORD OF MR. PELIZZO ORDERING PPV SINCE FEBRUARY 2011, WHEN HOTWIRE'S NEW BILLING SYSTEM WENT INTO EFFECT. HOTWIRE DOES NOT HAVE EARLIER RECORDS. IN ADDITION, HOTWIRE'S RECORDS INDICATE MR. PELIZZO HAD AND HAS BASIC CABLE ONLY, AND DOES NOT HAVE A BOX THROUGH WHICH HE COULD OBTAIN "DISH" CABLE SERVICE.

(f) A complete copy of each of the terms and use of agreements which were in place between you and LEO PELIZZO. SEE ATTACHED EXHIBITS A & B.

(g) A complete copy of each of the privacy policies which were in place between you and LEO PELIZZO. SEE ATTACHED EXHBIT A.

(h) A complete copy of each of the contracts which have ever been in force between you and LEO PELIZZO. HOTWIRE DOES NOT HAVE AN INDIVIDUAL CONTRACT WITH MR. PELIZZO. THE PROPERTY PURCHASES BULK SERVICES FROM HOTWIRE.

Malibu Media, LLC v. Leo Pelizzo
Case No: 1:12-cv-22768-PAS

# RESPONSES FROM HOTWIRE COMMUNICATIONS, LTD. 2-1-13

(i) A complete copy of each of the manual(s) provided by you to LEO PELIZZO in association with any and all wireless internet router(s) you provided to LEO PELIZZO. NONE.

(j) A complete copy of each of the instruction(s) provided by you to LEO PELIZZO in association with any and all wireless internet router(s) you provided to LEO PELIZZO. NONE

(k) A complete copy of each of the manual(s) provided by you to LEO PELIZZO in association with the internet service you provided to LEO PELIZZO, or LEO PELIZZO'S usage thereof. NONE.

(l) A complete copy of each of the instruction(s) provided by you to LEO PELIZZO in association with the internet service you provided to LEO PELIZZO, or LEO PELIZZO'S usage thereof. NONE.

(m) Complete copies of any or all notices, letters, bills, invoices and other Documents that you provided to Defendant. NONE. HOTWIRE DEALS WITH THE HOA.

(n) Complete copies of any document, including documents on your website, to which Defendant had access, either directly or via the internet, which refers or relates to your policy concerning infringement of intellectual property rights over the internet. SEE ATTACHED EXHIBIT B.

(o) The process used to correlate the IP address with subscriber after the party has provided the initial subpoenaed information. HOTWIRE USES DYNAMIC IPS AT MR. PELIZZO'S PROPERTY. SUBSCRIBER IDENTIFICATION IS PROVIDED WITH THAT CAVEAT. THE CURRENT IP LEASE TIME (AND THE LEASE TIME AT THE TIME OF THE ALLEGED OFFENSE) IS 24 HOURS. IF MR. PELIZZO'S PC OR ROUTER IS OFFLINE FOR MORE THAN 24 HOURS, THE LEASE EXPIRES AND MAY BE ASSIGNED TO ANOTHER SUBSCRIBER. E.G., THE CURRENT USER OF THE IP IN QUESTION IS NOT MR. PELIZZO.