| | |
|---|---|
| **From:** | Keith Lipscomb |
| **Sent:** | Thursday, October 11, 2012 1:37 PM |
| **To:** | Francisco Ferreiro; Emilie Kennedy |
| **Cc:** | John Cyril Malloy III; Maritza Cabello; Keith Lipscomb |
| **Subject:** | RE: Malibu Media, LLC v. Leo Pelizzo; 5.872.12 |

Francisco and John,

Emilie Kennedy, an attorney here, called and left you a message last Friday.  That call was not returned.  And, you rejected my request for an enlargement – which I wanted to use so we could talk.

You both understand the value of IP and we have substantial evidence of infringement.  And, so at some level you will empathize with my client.  Contrary to what some believe, we do not want to push this case against a person who was not the downloader nor do we expect a non-infringer to settle.  We're looking for justice.  Toward that end, your client claims to have been out of the country at the time many of the infringements occurred.  Hotwire identified your client's IP address as being used during that time.  We need to get to the bottom of this issue.  As I see it, there are three possibilities: (a) Hotwire gave us bad information; (b) someone was stealing your client's internet; or (c) your client is lying.

Figuring this out as inexpensively and expeditiously as is possible is in both of our clients' best interests.  I would like to teleconference with you toward this end.  Specifically, I'd like to explain to you my initial case plan and see if we can agree to move slowly while I pursue it.

Let me know when and if you are available.

Thanks,
Keith

1
# EXHIBIT A