### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22768-CIV-SEITZ/SIMONTON

MALIBU MEDIA, LLC,
        Plaintiff,

vs.

LEO PELIZZO,
        Defendant.
                                                    /

## ORDER GRANTING MOTION TO DISMISS AND CLOSING CASE

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss the Case With Prejudice [DE-37].  Defendant does not object to the dismissal with prejudice but seeks leave to move for fees or sanctions.  Upon consideration, it is

ORDERED THAT:

1.      Plaintiff's Motion to Dismiss the Case With Prejudice [DE-37] is GRANTED.

    a.      This matter is DISMISSED with prejudice.

    b.      All pending motions not otherwise ruled upon are DENIED.

    c.      This case is CLOSED

2.      Defendant may file a motion seeking fees or sanctions by **July 1, 2013.**[1]

DONE and ORDERED in Miami, Florida this 4th day of June, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

[1] By entering this Order, the Court is not making any determination about Defendant's entitlement to attorneys' fees or sanctions.

1